KILPATRICK TOWNSEND & STOCKTON LLP
Robert J. Artuz (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: *rartuz@kilpatricktownsend.com*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. C 12-03733 EDL <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned attorney, Robert J. Artuz, enters his appearance in this matter as counsel for Amazon.com, Inc., for the purpose of receiving all briefs, motions, orders, correspondence and other papers notices and order from the Court.

DATED: August 9, 2012      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Robert J. Artuz*
        ROBERT J. ARTUZ

Attorney for Defendant
AMAZON.COM, INC.



NOTICE OF APPEARANCE
CASE NO. C 12-03733 EDL