United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9          SAN JOSE DIVISION

10   DROPLETS, INC.,                          CASE NO. 5:12-cv-03733 EJD

11                                            **ORDER CONTINUING CASE**
                  Plaintiff(s),              **MANAGEMENT CONFERENCE**
12        v.

13   AMAZON.COM, INC., et. al.,

14
                  Defendant(s).
15   _____/

16        In light of the current proceedings before the Judicial Panel on Multidistrict Litigation as

17   well as Plaintiff's unresolved administrative motion to stay (see Docket Item No. 204), the court

18   finds that a Case Management Conference is premature at this time.

19        Accordingly, the Case Management Conference currently scheduled for November 16, 2012,

20   is CONTINUED to **January 11, 2013, at 10:00 a.m.**  The parties shall file an updated Joint Case

21   Management Statement on or before **January 4, 2013.**

22   **IT IS SO ORDERED.**

23

24   Dated:  November 14, 2012

25                                            EDWARD J. DAVILA
                                             United States District Judge
26
27
28

1

CASE NO. 5:12-cv-03733 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE