IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC, <br><br> Plaintiff(s), <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant(s). | CASE NO. 5:12-cv-03733 EJD <br><br> **ORDER REFERRING MATTERS TO THE ASSIGNED MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. This order encompasses any discovery or disclosure disputes already pending, including those motions filed as Docket Item Nos. 110 and 112, which should be re-filed and re-noticed according to Magistrate Judge Howard R. Lloyd's Standing Order re: Civil Discovery Disputes.

In addition, any disputes regarding any party's Patent Disclosures - including any request to amend pursuant to Patent L.R. 3-6 - are likewise referred to the assigned Magistrate Judge pursuant to Section I(A) of the undersigned's Standing Order for Patent Cases. This order encompasses any disputes of this nature already pending, including those motions filed as Docket Item Nos. 117 and 203, both of which should be re-noticed before Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: November 14, 2012

EDWARD J. DAVILA
United States District Judge