MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman
California Bar No. 268873
creichman@mckoolsmith.com
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA  94065
Tel:  650-394-1400
Fax:  650-551-9901

MCKOOL SMITH, P.C.
Sam F. Baxter (*pro hac vice* pending)
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Tel:  (903) 923-9000
Fax:  (903) 923-9095

Josh W. Budwin (*pro hac vice* pending)
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley (*pro hac vice* pending)
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Tel: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Droplets, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Droplets, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Amazon.com, Inc. et al<br><br>Defendants. | Case No. 5:12-cv-03733-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** AS TO DEFENDANT FACEBOOK, INC. |

On this day, Plaintiff Droplets, Inc. ("Droplets") and Defendant Facebook, Inc. ("Facebook") announced to the Court that they have settled Droplets' claims for relief against Facebook asserted in this case.  Droplets and Facebook have therefore requested that the Court dismiss Droplets' claims for relief against Facebook, with prejudice and with all attorney's fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Droplets' claims for relief against Facebook are dismissed with prejudice.  IT IS FURTHER ORDERED that all attorney's fees, costs of court and expenses shall be borne by each party incurring the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   1/3/2013

_____
The Honorable Edward J. Davila
United States District Judge

.