1 | MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman
2 | California Bar No. 268873
creichman@mckoolsmith.com
3 | 303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA 94065
4 | Tel: 650-394-1400
Fax: 650-551-9901
5 |
MCKOOL SMITH, P.C.
6 | Sam F. Baxter (*pro hac vice* pending)
Texas State Bar No. 01938000
7 | sbaxter@mckoolsmith.com
104 E. Houston St., Ste. 300
8 | P.O. Box O
Marshall, Texas 75670
9 | Tel: (903) 923-9000
Fax: (903) 923-9095
10 |
Josh W. Budwin (*pro hac vice* pending)
11 | Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
12 | James E. Quigley (*pro hac vice* pending)
Texas State Bar No. 24075810
13 | jquigley@mckoolsmith.com
300 West Sixth Street, Suite 1700
14 | Austin, Texas 78701
Tel: (512) 692-8700
15 | Fax: (512) 692-8744

*Attorneys for Droplets, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Droplets, Inc. | ) | Case No. 5:12-cv-03733-EJD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| vs. | ) | **STIPULATION TO DISMISS** AS TO |
| | ) | DEFENDANT FACEBOOK, INC. |
| Amazon.com, Inc. et al | ) | |
| | ) | |
| Defendants. | ) | |

Case No. 5:12-cv-03733-EJD                    [Proposed] Order Granting Stipulation to Dismiss

1  On this day, Plaintiff Droplets, Inc. ("Droplets") and Defendant Facebook, Inc. ("Facebook")
2  announced to the Court that they have settled Droplets' claims for relief against Facebook asserted
3  in this case.  Droplets and Facebook have therefore requested that the Court dismiss Droplets'
4  claims for relief against Facebook, with prejudice and with all attorney's fees, costs and expenses
5  taxed against the party incurring same.  The Court, having considered this request, is of the opinion
6  that their request for dismissal should be granted.
7  IT IS THEREFORE ORDERED that Droplets' claims for relief against Facebook are
8  dismissed with prejudice.  IT IS FURTHER ORDERED that all attorney's fees, costs of court and
9  expenses shall be borne by each party incurring the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/3/2013

_____
The Honorable Edward J. Davila
United States District Judge

.