UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | Case No.: 5:12-CV-03733-EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> [Re: Docket No. 237] |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 237), the court finds that a Case Management Conference would not be productive at this time due to Yahoo's pending Motion to Compel Amended Infringement Contentions (see Docket Item No. 203). Accordingly, the conference scheduled for January 11, 2013 is CONTINUED until April 5, 2013. The parties shall file a Joint Case Management Statement no later than March 29, 2013. That statement shall not exceed ten pages in length as required by the Standing Order for All Judges of the Northern District of California.

**IT IS SO ORDERED**

Dated: January 7, 2013

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-03733-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE