*E-FILED: February 12, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC., | No. C12-03733 HRL |
| Plaintiff, | **ORDER TERMINATING DISCOVERY MOTION** |
| v. | |
| AMAZON.COM, INC., ET AL., | **(Dkt. 241)** |
| Defendants. | |

All discovery matters having been referred to the undersigned for disposition, Droplets, Inc.'s Motion for Entry of the NDCA Model ESI Order and Entry of the NDCA Model Protective Order, With One Modification (Dkt. 241) will be terminated and the noticed motion hearing vacated. Each party has informed the Court that it has been willing to conduct a meet-and-confer over the issues raised in the motion, but that the opposing party has refused to do so. The Court will take both parties at their word that they are willing to conduct a meet-and-confer in accordance with this Court's Standing Order re Civil Discovery Disputes, and hereby orders them to do so forthwith. If the meet-and-confer or other efforts do not resolve the discovery dispute, the parties shall submit a Discovery Dispute Joint Report, in accordance with this Court's Standing Order, no later than February 26, 2013.

**IT IS SO ORDERED.**

Dated: February 12, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-03733 HRL Order will be electronically mailed to:**

Brandon M Jordan bjordan@mckoolsmith.com

Courtland Lewis Reichman creichman@mckoolsmith.com, jmyers@mckoolsmith.com, nmacdonald@mckoolsmith.com

David J. Ball , Jr dball@paulweiss.com

Erin A Wiggins ewiggins@paulweiss.com

James E Quigley jquigley@mckoolsmith.com

Jeffrey Alan Lamken jlamken@mololamken.com, mcoburn@mololamken.com, mtotaro@mololamken.com

Jeffrey G. Homrig jhomrig@kasowitz.com, courtnotices@kasowitz.com, dwishon@kasowitz.com, mrubio@kasowitz.com

Jennifer H. Wu jwu@paulweiss.com

Jennifer Haltom Doan jdoan@haltomdoan.com, mthornberry@haltomdoan.com, nsandone@haltomdoan.com, pgolden@haltomdoan.com

John M Whealan jwhealan@law.gwu.edu

Joshua Reed Thane jthane@haltomdoan.com

Joshua Wright Budwin jbudwin@mckoolsmith.com, aboals@mckoolsmith.com, chough@mckoolsmith.com, lbone@mckoolsmith.com

Martin Vincent Totaro mtotaro@mololamken.com

Samuel Franklin Baxter sbaxter@mckoolsmith.com

Shawn Alexander Latchford slatchford@haltomdoan.com

Theodore Stevenson , III tstevenson@mckoolsmith.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**