E-FILED: March 4, 2013

# MCKOOL SMITH

Josh Budwin
Direct Dial:  (512) 692-8727
jbudwin@mckoolsmith.com

300 West 6th Street
Suite 1700
Austin, Texas  78701

Telephone: (512) 692-8700
Telecopier: (512) 692-8744

March 4, 2013

VIA ECF

Magistrate Judge Howard R. Lloyd
United States District Court, Northern District of California
San Jose Courthouse, Courtroom 2 - 5th Floor
280 South 1st Street, San Jose, CA 95113

            RE:     *Droplets, Inc. v. Amazon.com, Inc. et al;* Case No. 5:12-cv-03733-EJD-HRL

Dear Judge Lloyd:

        This Court has set a scheduling conference in the above-captioned case scheduled for tomorrow, March 5, 2013.  At the hearing, Droplets would like to use its own evidence presentation equipment.  Specifically, Droplets respectfully requests that the Court permit Droplets to bring and use its own projector, screen, and slide-changing device.

                        Sincerely,

                        Josh Budwin

cc:     All counsel registered to receive ECF notifications in this case

*UNITED STATES DISTRICT COURT*

IT IS SO ORDERED

Judge Howard R. Lloyd

*NORTHERN DISTRICT OF CALIFORNIA*

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

McKool 866978v1