IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>Plaintiff(s),<br>v.<br><br>YAHOO! INC.,<br>_____/<br><br>WILLIAMS SONOMA, INC.,<br>_____/<br><br>NORDSTROM, INC.,<br><br>Defendant(s).<br>_____/ | CASE NO. 5:12-cv-03733 EJD<br>CASE NO. 5:12-cv-04047 EJD<br>CASE NO. 5:12-cv-04049 EJD<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled actions, hereby recuse myself from these cases and request that they be reassigned pursuant to the applicable provisions of this District's Assignment Plan. Any hearings scheduled before the undersigned are VACATED.

**IT IS SO ORDERED.**

Dated:  June 20, 2013

_____
EDWARD J. DAVILA
United States District Judge