1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7

8    DROPLETS, INC.,

9            Plaintiff,                         Case Nos.  12-cv-03733-JST,
                                                           12-cv-04049-JST
10        v.
                                                **ORDER DIRECTING PLAINTIFF TO
11   YAHOO! INC.,                               NOTIFY THE COURT WHETHER IT
                                                HAS FILED AN APPEAL OF THE
            Defendant.                          PTO'S REJECTION OF THE PATENT'S
12                                              CLAIMS**

13   DROPLETS, INC.                             Re: ECF No. 277 (Case No. 12-cv-3733)

14           Plaintiff,

15        v.

16   NORDSTROM, INC.

17           Defendant.

18

19          Plaintiff  Droplet's, Inc. is ORDERED to file a Notice not later than November 11, 2013,

20   notifying the Court of whether it has filed an appeal of the PTO's rejection of the Patent's claims,

21   and if such appeal has been filed, what timeline it anticipates for completion of the appeals

22   process.

23          **IT IS SO ORDERED**.

24   Dated:  November 1, 2013

25   

26                                              _____
                                                        JON S. TIGAR
                                                   United States District Judge
27

28