UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>    Defendant.<br><br>DROPLETS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>NORDSTROM, INC.<br><br>    Defendant. | Case Nos. 12-cv-03733-JST,<br>12-cv-04049-JST<br><br>**ORDER STAYING CASES UNTIL JANUARY 5, 2015** |

    The Patent Office has issued a decision rejecting all of the claims U.S. Patent No. 7,502,838. In light of the fact that Plaintiffs are appealing this decision, and the estimate that the Patent Office's Appeal Board will not hold oral argument on the appeal until December 2014, the Court hereby STAYS this action until January 5, 2015 for essentially the same reasons discussed in the Court's order of September 13, 2013. ECF No. 275 in Case No. 12-3733, ECF No. 76 in Case No. 12-4049. Any party may move this Court to lift the stay at any time upon a showing of

/ / /

/ / /

/ / /

/ / /

1  good cause.  If the stay is not lifted before it expires, Plaintiff shall file a notice on January 5,
2  2015, updating the Court regarding the status of the appeal.
3  **IT IS SO ORDERED**.
4  Dated:  November 13, 2013

_____
JON S. TIGAR
United States District Judge