UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DROPLETS, INC.,

    Plaintiff,

  v.

YAHOO! INC.,

    Defendant.

DROPLETS, INC.

    Plaintiff,

  v.

NORDSTROM, INC.

    Defendant.

Case Nos.  12-cv-03733-JST,
12-cv-04049-JST

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

These actions are both stayed until Januay 5, 2015 while Plaintiffs appeal a decision by the U.S. Patent Office, and the Court has ordered Plaintiff to file a notice on January 5, 2015, updating the Court regarding the status of the appeal.  The Court hereby SETS a case management conference for February 11, 2015, at 2:00 P.M., Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties may jointly move to continue, or advance, the case management conference, as appropriate.

**IT IS SO ORDERED**.

Dated:  September 15, 2014



_____
JON S. TIGAR
United States District Judge