UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br>            Plaintiff,<br><br>     v.<br><br>YAHOO! INC.,<br>            Defendant | Case Nos.  12-cv-03733-JST,<br>12-cv-04049-JST<br><br>**ORDER CONTINUING STAY UNTIL JULY 5, 2015**<br><br>Re: ECF No. 285, ECF No. 83 |
| DROPLETS, INC.<br>            Plaintiff,<br>     v.<br><br>NORDSTROM, INC.<br>            Defendant. | |

The Court previously stayed this litigation until January 5, 2015, while Plaintiffs appealed the Patent Office's decision rejecting all of the claims U.S. Patent No. 7,502,838.  See ECF No. 81.  On January 5, 2015, Plaintiffs informed the Court that the appeal has "has yet to be heard or scheduled," although Plaintiffs expect a hearing to be scheduled soon.  ECF No. 83.  The Court hereby stays this action until July 5, 2015.

In the event that the Patent Office Appeal Board issues a decision prior to this date, Plaintiffs are ordered to file a notice informing the Court of the decision within 7 days.

**IT IS SO ORDERED**.

Dated: January 9, 2015

JON S. TIGAR
United States District Judge