UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br>     Plaintiff, <br> v. <br> YAHOO! INC., <br>     Defendant <br><br> DROPLETS, INC. <br>     Plaintiff, <br> v. <br> NORDSTROM, INC. <br>     Defendant. | Case Nos. 12-cv-03733-JST, 12-cv-04049-JST <br><br> **ORDER CONTINUING STAY** <br> Re: ECF No. 287, ECF No. 85 |

The Court previously continued the stay of this litigation until July 5, 2015, while Plaintiffs appealed the Patent Office's decision rejecting all of the claims of U.S. Patent No. 7,502,838. See Case No. 12-cv-4049 at ECF No. 83, Case No. 12-cv-3733 at 281. On June 17, 2015, Plaintiffs informed the Court that the appeal has "has yet to be heard or scheduled," although Plaintiffs expect a hearing to be scheduled soon. ECF No. 83. The Court hereby continues the stay of this action until January 5, 2016.

In the event that the Patent Office Appeal Board issues a decision prior to this date, Plaintiffs are ordered to file a notice informing the Court of the decision within 7 days.

IT IS SO ORDERED.

Dated: July 1, 2015



JON S. TIGAR  
United States District Judge