UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br>   Plaintiff,<br><br>  v.<br><br>YAHOO! INC.,<br>   Defendant | Case Nos. 12-cv-03733-JST, 12-cv-04049-JST<br><br>**ORDER CONTINUING STAY**<br><br>Re: ECF No. 289, ECF No. 87 |
| DROPLETS, INC.<br>   Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.<br>   Defendant. | |

  The Court previously continued the stay of this litigation until January 5, 2016 while Plaintiff appealed the Patent Office's decision rejecting all of the claims of U.S. Patent No. 7,502,838.  See Case No. 12-cv-4049 at ECF No. 86; Case No. 12-cv-3733 at 288.  On December 28, 2015, Plaintiff informed the Court that the appeal "has yet to be heard or scheduled," although Plaintiff expects a hearing to be scheduled soon.  See Case No. 12-cv-4049 at ECF No. 87; Case No. 12-cv-3733 at 289.  The Court hereby continues the stay of this action until July 5, 2016.

  In the event that the Patent Office Appeal Board issues a decision prior to this date, Plaintiff is ordered to file a notice informing the Court of the decision within 7 days.

  IT IS SO ORDERED.

Dated: January 4, 2016

                       _____
                        JON S. TIGAR
                       United States District Judge