UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br>    Plaintiff, <br>  v. <br> YAHOO! INC., <br>    Defendant. | Case Nos. 12-cv-03733-JST, 12-cv-4049-JST <br><br> **ORDER TO SHOW CAUSE** <br> Re: ECF No. 292, ECF No. 90 |
| DROPLETS, INC., <br>    Plaintiff, <br>  v. <br> NORDSTROM, INC., <br>    Defendant. | |

   On September 13, 2013, the Court stayed these cases pending inter partes reexamination of U.S. Patent No. 7,502,838 ("the '838 patent"). ECF No. 275.[1] The Court has continued the stay several times, most recently on January 4, 2016. ECF No. 88. In the Court's January 4, 2016 order continuing the stay, the Court stated: "In the event that the Patent Office Appeal Board issues a decision prior to this date, Plaintiff is ordered to file a notice informing the Court of the decision within 7 days." ECF No. 290. On April 5, 2016, Plaintiff filed a Notice Regarding Reexamination Appeal, notifying "the Court that an order issued in the inter partes reexamination appeal for U.S. Patent No. 7,502,838. The Patent Trial and Appeal Board sustained the Examiner's rejection of all 38 claims of U.S. Patent No. 7,502,838." ECF No. 292. Plaintiff also

---

[1] All ECF citations refer to the ECF docket in <u>Droplets, Inc. v. Yahoo! Inc.</u>, No. 12-cv-3733-JST (filed Sept. 7, 2011).

1  noted that it "plans to appeal the decision." Id.

2  In light of the Patent Trial and Appeal Board's ruling and Plaintiff's intention to appeal
3  that decision, the Court orders the parties to show cause why these cases should not remain stayed.
4  Within seven days of the filing date of this order, Plaintiff shall file a response to the order to
5  show cause. Defendants shall file a reply to Plaintiff's response, if any, within seven days of the
6  filing date of Plaintiff's response. The Court will then take the matter under submission.

7  IT IS SO ORDERED.

8  Dated: April 12, 2016

_____
JON S. TIGAR
United States District Judge