# LEASON ELLIS

One Barker Avenue
Fifth Floor
White Plains, New York 10601
Tel: (914) 821-8007
Fax: (914) 288-0023

October 26, 2018

Jordan Garner
Associate
JGarner@LeasonEllis.com

**VIA ECF**

The Honorable Jon S. Tigar
United States District Court
Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    *Droplets, Inc. v. Yahoo! Inc., et al,*
                Case No: 3:12-cv-03733-JST

Dear Judge Tigar:

Pursuant to the Court's Order dated November 15, 2016 (Dkt. 297), counsel for Plaintiff Droplets Inc. ("Droplets") respectfully submits this letter to update the Court as to the status of the *Inter Partes Reexamination* of United States Patent No. 7,502,838 ("the '838 Patent").

As per the Court's request, I am writing to advise that on October 1, 2018, the Supreme Court of the United States issued an order denying Droplets' petition for a writ of certiorari regarding *Inter Partes Reexamination* of the '838 Patent. A copy of the Order is attached hereto as Exhibit 1. Although Droplets has until October 26, 2018 to petition for a rehearing regarding this Order pursuant to Sup. Ct. R. 44.2, Plaintiff has decided to forgo pursuing a petition for rehearing.

Sincerely,

Jordan Garner

cc:    All Counsel of Record (via ECF)

{10495/609586-000/02066487.1}