1 (SEE SIGNATURE BLOCK FOR ATTORNEY LIST)

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8   DROPLETS, INC.,                          Case No. C 12-03733-JST

9               Plaintiff,                    **AMENDED CORPORATE DISCLOSURE
                                              STATEMENT PURSUANT TO FED. R. CIV.
10      v.                                    P. 7.1 AND CERTIFICATION OF
                                              INTERESTED PARTIES PURSUANT TO
11  YAHOO!, INC.,                             LOCAL RULE 3-15**

12              Defendant.

13              **DISCLOSURE STATEMENT AND CERTIFICATION OF
14                  INTERESTED ENTITIES OR PERSONS**

15          Pursuant to Fed. R. Civ. P. 7.1, Defendant Yahoo! Inc. declares that no parent corporation

16  or publicly held corporation owns 10% or more of its stock.  Yahoo! Inc. has been renamed Altaba,

17  Inc.

18          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

19  associations of persons, firms, partnerships, corporations (including parent corporations) or other

20  entities (i) have a financial interest in the subject matter in controversy or in a party to the

21  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22  substantially affected by the outcome of this proceeding:

23

24          Effective June 13, 2017, Yahoo! Inc. (now Altaba, Inc.) transferred to Yahoo Holdings,

25  Inc. all liabilities relevant to the infringement claim asserted by Droplets, Inc.  On January 1, 2018,

26  Yahoo Holdings, Inc. transferred to Oath Holdings Inc. all liabilities relevant to the infringement

27  claim asserted by Droplets, Inc.  Oath Holdings Inc., a Delaware corporation with an office located

28  at 701 First Avenue, Sunnyvale, California, 94089, is a wholly owned subsidiary of Verizon

1    Communications, Inc. Yahoo! Inc. (now Altaba, Inc.) no longer owns any interest in the past,

2    present, or future liabilities relevant to this lawsuit.

3

4

5

6

7

8    DATED: February 5, 2019                          Respectfully submitted,

9
                                                       /s/ *Jennifer Haltom Doan*
10                                                     Jennifer Haltom Doan (admitted *pro hac vice*)
                                                       Joshua R. Thane (admitted *pro hac vice*)
11                                                     HALTOM & DOAN
                                                       6500 Summerhill Road, Suite 100
12                                                     Texarkana, TX 75503
                                                       Telephone: (903) 255-1000
13                                                     Facsimile: (903) 255-0800
                                                       Email: jdoan@haltomdoan.com
14                                                     Email: jthane@haltomdoan.com

15
                                                       **ATTORNEYS FOR DEFENDANT**
16                                                     **YAHOO! INC.**

17

18                            **CERTIFICATE OF SERVICE**

19
            The undersigned certifies that on this day, February 5, 2019, the following documents were
20   served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this
     case.
21
                                                       /s/ *Jennifer H. Doan*
22                                                     Jennifer H. Doan

23

24

25

26

27

28

CASE NO. C 12-03733-JST
AMENDED CORP. DISC. STATEMENT AND
CERT. OF INTERSTED ENTITIES OR PERSONS