(SEE SIGNATURE BLOCK FOR ATTORNEY LIST)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DROPLETS, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>YAHOO!, INC.,<br><br>        Defendants. | CASE NO. 3:12-cv-03733-JST<br><br>**JOINT STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5 and subject to this Court's approval, Defendant Yahoo! substitutes its counsel for this matter and designates new local co-counsel as follows:

Withdrawing counsel for Defendant Yahoo! are:

**Jeffrey G. Homrig** (Bar No. 215890)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

**David J. Ball, Jr.** (*pro hac vice*)
PAUL, WEISS, RIFKIND & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: +1.202.223.7352
Facsimile: +1.202.204.7352

**Jennifer H. Wu** (*pro hac vice*)
PAUL, WEISS, RIFKIND & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: +1.212.373.3640
Facsimile: +1.212.492.0640

**Jeffrey Alan Lamken**
**Martin Vincent Totaro**
Molo Lamken LLP
The Watergate, Suite 600
600 New Hampshire Avenue
Washington, DC 20037
Telephone: +1.202.556.2000
Facsimile: +1.202.556.2001

**John M Whealan**
4613 Merivale Road
Chevy Chase, MD 20815
Telephone: +1.202.994.2195
Facsimile: +1.202.994.2831

Lead counsel continue to be:

**Jennifer Haltom Doan** (*pro hac vice*)
**Joshua Thane** (*pro hac vice*)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: +1.903.255.1000
Facsimile: +1.903.255.0800

New local co-counsel is:

> **William A. Hector** (Bar No. 298490)
> VENABLE LLP
> 101 California St., Suite 3800
> San Francisco, CA 94111
> Telephone: +1.415.653.3738
> Facsimile: +1.415.653.3755

Further, Plaintiff Droplets withdraws counsel and designates new lead counsel as follows:

Withdrawing counsel for Plaintiff Droplets are:

> **Vijay K. Toke**
> Pillsbury Winthrop Shaw Pittman LLP
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94111
> Telephone: +1.415.983.1200

> **Cameron S. Reuber**
> **Jordan Garner**
> Leason Ellis LLP
> One Barker Avenue, 5th Floor
> White Plains, NY 10601
> Telephone: +1.914.288.0022
> Facsimile: +1.914.288.0023

> **Travis L. Manfredi**
> Cobalt LLP
> 918 Parker Street, Bldg. A21
> Berkeley, CA 94710
> Telephone: +1.510.841.9800
> Facsimile: +1.510.295.2401

Lead counsel are:

> **Courtland L. Reichman**
> **Phillip J. Lee**
> Reichman Jorgensen LLP
> 303 Twin Dolphin Drive, Suite 600
> Redwood Shores, CA 94065
> Telephone: +1.650.623.1401

All pleadings, orders and notices in this action going forward should be served on lead and new local co-counsel at the addresses identified above.

Plaintiff Droplets and Defendant Yahoo! stipulate to the above withdrawal and substitution of counsel.

| | | |
|---|---|---|
| 1 | DATED: April 3, 2019 | HALTOM & DOAN |
| 2 | | By *Jennifer Haltom Doan* |
| 3 | | Jennifer Haltom Doan |
| | | Joshua Thane |
| 4 | | *Counsel for Yahoo!, Inc.* |
| 5 | DATED: April 3, 2019 | VENABLE LLP |
| 6 | | By *William A. Hector* |
| 7 | | William A. Hector |
| | | *Counsel for Yahoo!, Inc.* |
| 8 | | |
| 9 | DATED: April 3, 2019 | REICHMAN JORGENSEN LLP |
| 10 | | By *Phillip J. Lee* |
| | | Courtland L. Reichman |
| 11 | | Phillip J. Lee |
| | | Michael G. Flanigan |
| 12 | | *Counsel for Droplets, Inc.* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 3, 2019　　　　　　　　　　HALTOM & DOAN

　　　　　　　　　　　　　　　　　　　By *Jennifer Haltom Doan*
　　　　　　　　　　　　　　　　　　　Jennifer Haltom Doan
　　　　　　　　　　　　　　　　　　　Joshua Thane

**[PROPOSED] ORDER**

Pursuant to the foregoing, the above withdrawal and substitution of counsel is approved.

IT IS SO ORDERED.

Dated: April 3, 2019　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR