(Jennifer Haltom Doan
(admitted *pro hac vice*)
Joshua R. Thane
(admitted *pro hac vice*)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

William A. Hector (SBN 298490)
WAHector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone: (415) 653-3750
Facsimile:  (415) 653-3755

**ATTORNEYS FOR DEFENDANT
YAHOO!, INC.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DROPLETS, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>YAHOO!, INC.,<br><br>               Defendant. | Case No. 12-cv-03733-JST<br><br>**DECLARATION OF JOSHUA R. THANE IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |

I, Joshua R. Thane, declare as follows:

1.      I am an attorney licensed to practice law in the State of Texas, and admitted *pro hac vice* to practice before this Court.

2.      Yahoo!, Inc. (now known as Altaba, Inc.) requests leave to file the following documents under seal pursuant to L.R. 79-5(e).

1        a.     Exhibit 2 to Defendant's Motion to Substitute Parties and Amend Caption.

2        b.     Exhibit 4 to Defendant's Motion to Substitute Parties and Amend Caption.

3        3.     These documents contain the contents of confidential business transactions and confidential corporate structure.  Protecting the security and confidentiality of this information is important.  All of these documents designated as exhibits are designated "Restricted – Attorneys' Eyes Only" under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of May 2019.

*/s/ Joshua R. Thane*
Joshua R. Thane

CASE NO. C 12-03733-JST
DECLARATION IN SUPPORT OF
MOTION TO SEAL