**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> [PROPOSED] ORDER RE OATH HOLDINGS INC. AND OATH, INC.'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL RE MOTION TO INTERVENE |

Before the Court is Oath Holdings Inc. and Oath, Inc. (d/b/a Verizon Media)'s (together "Oath") Administrative Motion to File Materials Under Seal. Having considered the Motion to Seal, the documents to be filed under seal, the parties' arguments and written submissions, the relevant law, and the record in this case, the Court finds that there are "compelling reasons" for granting the Motion to Seal. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Disclosure of the confidential and proprietary business information in the documents at issue would create a risk of injury, in that competitors could use such information to "gain a competitive advantage in the marketplace." *Intel Corp. v. Via Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000).

Oath's Motion is therefore **GRANTED** and it is hereby **ORDERED** that the following documents and portions thereof shall be filed under seal:

| Document | Identification of Portions to be Redacted | Party Proposing Sealing or Redaction and Basis Therefor |
|---|---|---|
| Oath's Notice of Motion and Motion to Intervene | Passages citing the Confidential Assignment and Transfer Agreement and confidential Verizon corporate structure | Proposed to be sealed by Oath Inc., Oath Holdings Inc., and Altaba, Inc.: Information in this document has been designated confidential by the producing party and notice is given under Civil L.R. 79-5(e)(1). Hector Decl., ¶ 3. |

| | | |
|---|---|---|
| Confidential Assignment and Transfer Agreement | Entire document | Proposed to be sealed by Oath Inc., Oath Holdings Inc., and Altaba, Inc.: Information in this document has been designated confidential by the producing party and notice is given under Civil L.R. 79-5(e)(1). Hector Decl., ¶ 3. |

**IT IS SO ORDERED:**

DATED: August 23, 2019

_____
The Honorable Jon. S. Tigar
United States District Judge