1
2  [Counsel identified on signature page]
3
4
5
6
7
8
9              **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN FRANCISCO DIVISION**
11

12 | DROPLETS, INC.,                  | Civil Action No. 12-cv-03733-JST
13 |          Plaintiff,              | **JOINT STIPULATION AND**
14 |     v.                           | **[PROPOSED] ORDER TO MODIFY**
                                       **DATE OF HEARING AND EXTEND**
15 | YAHOO!, INC.,                    | **REPLY DEADLINE**
16 |          Defendant.              | Place:   6, 2nd Floor
                                       Judge:   Hon. Jon S. Tigar
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-2, and Civil Local Rule 7-12, Plaintiff Droplets, Inc. ("Droplets") and Intervenors Oath Holdings Inc. and Oath, Inc. ("Oath"), by and through their respective attorneys, submit the following joint stipulation:

WHEREAS, on August 13, 2019, Oath filed a Notice of Motion and Motion to Intervene (Dkt. No. 376) and set the hearing on the motion for September 25, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor, located in the United States Courthouse, 1301 Clay Street, Oakland, CA 94612;

WHEREAS, counsel for Droplets has a conflict with the noticed date;

WHEREAS, in light of the scheduling conflict and the change in Hon. Jon S. Tigar's courtroom, the parties jointly stipulate and agree to move the hearing to October 9, 2019, at 2:00 p.m. in Courtroom 6, 2nd Floor, located in the United States Courthouse, 1301 Clay Street, Oakland, CA 94612;

WHEREAS, on August 27, 2019, Droplets filed an Opposition to Oath Holdings Inc. and Oath, Inc.'s Motion to Intervene (Dkt. No. 386) and Oath's reply is currently due September 3, 2019;

WHEREAS, given the extended hearing date and the intervening Labor Day Holiday, the parties jointly stipulate and agree to extend Oath's reply deadline by one-week, until and including September 10, 2019. The Court previously granted three motions to continue the case management conference and stipulations to extend time during briefing of Altaba's Motion to Substitute Parties and Amend Caption, Motion for Summary Judgment, and Motion for Preclusion Re Claim Construction. *See* Dkt Nos. 310, 311, 313-316, 344, 346, and 372. This extension will not alter the hearing date for the motions or otherwise affect the schedule in this case.

NOW THEREFORE IT IS STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court extend Oath's deadline to file a reply to the Motion to Intervene (Dkt. No. 376) from September 3, 2019, to September 10, 2019, and reset the hearing on the Motion to Intervene (Dkt. No. 376) to October 9, 2019, at 2:00 p.m. in Courtroom 6, 2nd Floor, located in the United States Courthouse, 1301 Clay Street, Oakland, CA 94612.

1 | DATED: September 3, 2019        Respectfully submitted,

2

3 | By: */s/ William A. Hector*
    WILLIAM A. HECTOR

4
    Jennifer Haltom Doan
5 | (admitted *pro hac vice*)
    Joshua R. Thane
6 | (admitted *pro hac vice*)
    J. Randy Roeser
7 | (admitted *pro hac vice*)
    HALTOM & DOAN
8 | 6500 Summerhill Road, Suite 100
    Texarkana, TX 75503
9 | Telephone: (903) 255-1000
    Facsimile: (903) 255-0800
10 | Email: jdoan@haltomdoan.com
     Email: jthane@haltomdoan.com
11   Email: rroeser@haltomdoan.com

12 | William A. Hector (SBN 298490)
     WAHector@Venable.com
13 | VENABLE LLP
     101 California Street, Suite 3800
14 | San Francisco, CA 94111
     Telephone: (415) 653-3750
15 | Facsimile: (415) 653-3755

16 | **ATTORNEYS FOR OATH HOLDINGS INC. AND OATH, INC. (d/b/a VERIZON MEDIA)**

| | |
|---|---|
| DATED: September 3, 2019 | By: */s/ Jaime F. Cardenas-Navia* <br> Courtland L. Reichman (CA Bar No. 268873) <br> creichman@reichmanjorgensen.com <br> Shawna L. Ballard (CA Bar No. 155188) <br> sballard@reichmanjorgensen.com <br> Michael G. Flanigan (CA Bar No. 316152) <br> mflanigan@reichmanjorgensen.com <br> Kate M. Falkenstien (CA Bar No. 313753) <br> kfalkenstien@reichmanjorgensen.com <br> REICHMAN JORGENSEN LLP <br> 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 623-1449 <br><br> Jaime F. Cardenas-Navia (admitted *pro hac vice*) <br> Jcardenas-navia@reichmanjorgensen.com <br> REICHMAN JORGENSEN LLP <br> 100 Park Avenue, Suite 1600 <br> New York, NY 10017 <br> Telephone: (212) 381-1965 <br> Facsimile: (650) 623-1449 <br><br> **ATTORNEYS FOR PLAINTIFF DROPLETS, INC.** |

## ATTESTATION

I, William A. Hector, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

*/s/ William A. Hector*
William A. Hector

**[PROPOSED] ORDER**

Plaintiff Droplets, Inc. ("Droplets") and Intervenors Oath Holdings Inc. and Oath, Inc. ("Oath") have stipulated to (1) extend Oath's deadline to reply to the Motion to Intervene (Dkt. No. 376) from September 3, 2019, to September 10, 2019, and (2) reset the hearing on the Motion to Intervene (Dkt. No. 376) to October 9, 2019 at 2:00 p.m. in Courtroom 6, 2nd Floor, located in the United States Courthouse, 1301 Clay Street, Oakland, CA 94612.

The parties' joint stipulation is GRANTED. Oath's deadline to file a reply to the Motion to Intervene (Dkt. No. 376) is extended from September 3, 2019, to September 10, 2019, and the hearing on the Motion to Intervene (Dkt. No. 376) shall now occur on October 9, 2019, at 2:00 p.m. in Courtroom 6, 2nd Floor, located in the United States Courthouse, 1301 Clay Street, Oakland, CA 94612.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: September 10, 2019

_____
The Honorable Jon S. Tigar
United States District Judge