Counsel listed on the signature page.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> **JOINT CLAIM CONSTRUCTION UPDATE** |
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | Case No. 12-cv-04049-JST <br><br> **JOINT CLAIM CONSTRUCTION UPDATE** |

Plaintiff Droplets, Inc. ("Droplets") and Defendants Yahoo!, Inc. and Nordstrom, Inc. (together "Defendants") submit this Joint Claim Construction Update to report the current claim construction positions of the parties.

As set forth in Exhibit A, the parties now agree on the construction of five claim terms. As set forth in Exhibit B, because of agreements reached since the commencement of claim construction briefing and because of the Court's issue preclusion order, only four claim terms remain in dispute.

Exhibit B lists the parties' current positions on the disputed terms pending before the Court. The parties' proposals for some of those terms changed during and in light of the claim construction briefing.

Dated: December 10, 2019

/s/ *Jaime F. Cardenas-Navia*
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Park Avenue, Suite 1600
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Droplets, Inc.*

/s/ *Joshua R. Thane (w/ permission)*
Jennifer Haltom Doan (admitted *pro hac vice*)
Joshua R. Thane (admitted *pro hac vice*)
J. Randy Roeser (admitted *pro hac vice*)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: rroeser@haltomdoan.com

William A. Hector (SBN 298490)
WAHector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Attorneys for Defendant
*Yahoo!, Inc. (n/k/a Altaba, Inc.)*

/s/ *Jordan T. Jones (w/ permission)*
Jordan T. Jones
jtjones@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-2433
Facsimile: (650) 326-2422

Benjamin M. Kleinman
bkleinman@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-7122
Facsimile: (415) 723-7122

Attorneys for Defendant
*Nordstrom, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: December 10, 2019                           REICHMAN JORGENSEN

By: /s/ *Jaime F. Cardenas-Navia*

Jaime F. Cardenas-Navia