**Exhibit A – Agreed-Upon Constructions**

| Term # | Claim(s)[1] | Claim Term(s) | Agreed-Upon Construction |
|---|---|---|---|
| 1 | 1, 17, 26 | "application" | "a software program that executes specific tasks for an end user" |
| 2 | 1, 17 | Preamble | The preamble is not limiting. |
| 3 | 1, 17, 15, 16, 24, 25, 26, 74, 75 | "interactive link" / "link" | "computer code that (1) retrieves and presents applications and/or information stored at remote locations across the network when selected by an end user, and (2) includes facilities for restoring previous operating states of the application as the application is represented at a user's computer. An interactive link cannot be a bookmark, cookie, shortcut, hyperlink, or Internet address (URL)."[2] |
| 4 | 1, 17, 26 | "computer program code" / "program code" | Plain meaning. However, a "web address" or "hyperlinks" cannot be "computer program code" or "program code."[3] |
| 6 | 1, 17, 26 | "presentation information for presenting an application"<br><br>"presentational information"<br><br>"presentation information" | Literal language suffices, no construction needed. |

---

[1] Includes the identified claim(s) and all dependent claims that are asserted with respect to each Defendant. Droplets is asserting claims 1, 2, 17, 26, 28, 33, 36, 41, 43, 69, 77, 82, 85, 90, and 92 against Nordstrom and claims 1-6, 8-33, 35-54, 56-82, 84-99, and 101-104 against Yahoo.
[2] *Droplets, Inc. v. Nordstrom, Inc.*, Dkt. No. 154 at 9; *Droplets, Inc. v. Yahoo, Inc.,* Dkt. No. 412 at 9.
[3] *Droplets, Inc. v. Nordstrom, Inc.*, Dkt. No. 154 at 9; *Droplets, Inc. v. Yahoo, Inc.,* Dkt. No. 412 at 9.