**Exhibit B – Proposed Constructions for Disputed Terms**

| Term # | Claim(s)[1] | Claim Term(s) | Droplets' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|---|
| 5 | 1, 17, 70, 76, 77 | "operating environment" | "operating system, user interface, or hardware capabilities" | "operating system, user interface, and hardware capabilities." |
| 7 | 1, 17, 26 | "presenting applications"<br><br>"presenting the application"<br><br>"presenting said invoked application"<br><br>"presenting of the application" | "presenting an interface enabling interaction with a remotely executing application" | "presenting an interface enabling interaction with an application" |
| 8 | 17, 26 | "presentation client program code"<br>"presentation client" | "platform independent software, running on a client, that can present remotely stored applications and that can transmit user input to remotely stored applications" | "platform independent software, running on a client computer, that can (1) process user interface specifications for an application and (2) allow user interaction with that application" |
| 9 | 26 | "computer program code segments embedded with informational content stored at a second of said plurality of server computers" | Plain meaning.<br><br>Alternatively: "instructions for a computer to execute embedded with informational content"<br><br>This term is not indefinite. | Indefinite |

---

[1] Includes the identified claim(s) and all dependent claims. Each Defendant joins in proposing terms for construction only to the extent that the term or phrase is included in a claim asserted against that Defendant. Droplets is asserting claims 1, 2, 17, 26, 28, 33, 36, 41, 43, 69, 77, 82, 85, 90, and 92 against Nordstrom and claims 1-6, 8-33, 35-54, 56-82, 84-99, and 101-104 against Yahoo.