# Exhibit 11

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| **Claim 1pre** | |
| In a network configured computer processing system having a plurality of client computers and a plurality of host computers, a method for delivering interactive links for presenting applications and information from remote sources on the network, the method comprising: | Droplets accuses Nordstrom's webpages/websites that display applications and that, in response to user interaction, can update the display of the application based on information received from a Nordstrom application server without loading a new webpage/website ("Nordstrom Accused Webpages/Websites").  The "Accused Functionalities" comprise all hardware and software combinations that operate any of the Nordstrom Accused Webpages/Websites.  As explained herein, each of the Accused Functionalities infringes U.S. Patent No. 6,687,745 ("the '745 patent").<br><br>To the extent the preamble is limiting, all Accused Functionalities meet this claim limitation.  Nordstrom maintains computers that host a variety of webpages/websites that remotely deliver interactive links—for presenting applications and information—to client computers over a network (e.g., via the Internet, Nordstrom web servers deliver information for presenting the Nordstrom Accused Webpages/Websites and Nordstrom applications servers deliver information for presenting and updating applications on those webpages/websites).<br><br>For illustrative purposes only, several exemplary Accused Functionalities are described below.[2]<br><br>First, the "Nordstrom – Search Suggest" Accused Functionality is described.  Nordstrom – Search Suggest is representative of all search suggest functionality found on any Nordstrom Accused Webpages/Websites.<br><br>As another example, the "Nordstrom – Add to Shopping Bag" Accused Functionality is described.  Nordstrom – Add to Shopping Bag is representative of all Nordstrom Accused Webpages/Websites wherein selectable buttons or items are displayed that, when selected, cause content corresponding to the button or item to display in a pane.  This includes, but is in no way limited to, the following Accused Functionalities: "Nordstrom – Change View"; "Nordstrom – Change Item |

---

[1] U.S. Patent No. 6,687,745 ("the '745 patent") is entitled to an effective filing date of September 14, 1999.  Droplets, Inc. ("Droplets") asserts the following claims: 1, 2, 17, 26, 28, 33, 36, 41, 43, 69, 77, 82, 85, 90, 92.  In addition, Droplets is entitled to damages from September 11, 2005, six years before the filing of the Complaint, through November 20, 2021, when the patent expires (or when infringement ceases).

[2] In these Contentions, Droplets uses the information reasonably available to it, including information from past and present webpages, to demonstrate Droplets' infringement theories for the relevant period of damages.  Fact discovery is still in its early stages, and Droplets has not yet obtained the discovery it is entitled to, including Nordstrom's core technical documents, source code, responses to written discovery requests, and deposition testimony.  Indeed, Nordstrom has barely produced any documents in this case.  For at least these reasons, Droplets reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused instrumentalities) as additional evidence and information becomes available to Droplets, as Droplets' understanding of this information changes, or as otherwise appropriate, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules.

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | Parameter"; "Nordstrom – Zoom on Select"; "Nordstrom – Filter Results"; "Nordstrom – Sort Results"; "Nordstrom – Change Page"; "Nordstrom – Load More Results"; "Nordstrom – In-Store Availability";  and "Nordstrom – Edit Shopping Bag." |

These examples are not meant to be an exhaustive list, but rather, are representative of how the Nordstrom Accused Webpages/Websites infringe.  All Accused Functionalities infringe for substantially the same reasons.

**Nordstrom – Search Suggest:**
Nordstrom maintains a plurality of computers that host shop.nordstrom.com, and which deliver interactive links (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the search bar and provide its functionality) to a plurality of client computers via a network (e.g., the Internet).  When the user enters text (e.g., "c") into the search bar (or deletes text), an application runs that causes a list of selectable search suggestions to appear and/or update (e.g., "chanel," "la mer," "christian louboutin," etc.).  Alternatively, when the user selects the search bar, an application runs that causes a list of selectable search suggestions to appear and/or update (e.g., previously entered search terms, such as "prada" and "Chanel").

Below is an example of Nordstrom – Search Suggest.  On a computer that has accessed shop.nordstrom.com, a search bar is displayed.  The user has entered "c" into the search bar, and in response, the search suggest application has caused a list of selectable search suggestions to appear and/or update (e.g., "chanel," "la mer," "christian louboutin," etc.).



**Source: http://shop.nordstrom.com/**

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | Below is another example of Nordstrom – Search Suggest.  On a computer that has accessed shop.nordstrom.com, a search bar is displayed.  The user has selected "Search," and in response, the search suggest application has caused a list of selectable search suggestions to appear (e.g., previously entered search terms, denoted as "Recent Searches"). <br><br>  <br><br> **Source:** https://shop.nordstrom.com/c/all-prada?keyword=prada <br><br> Droplets' infringement allegations with respect to Nordstrom – Search Suggest apply, without limitation: (i) to all computing devices that access the shop.nordstrom.com webpages/websites, including but not limited to all devices running a Windows, Macintosh, Android, iOS, Chrome, or other operating system; (ii) to all versions of the webpages/websites shop.nordstrom.com that include a search bar, including but not limited to all versions of the webpages/websites that have been accessible during the time period in which Nordstrom is liable for damages, and all language versions of the webpages/websites (e.g., English, Spanish, French, German, etc.); (iii) regardless of where the client device is geographically located (e.g., U.S., Canada, Mexico, U.K., Germany, France, etc.); (iv) regardless of whether cookies are enabled; (v) regardless of the search settings (e.g., whether search history is on or off); and (vi) regardless of whether the client device is signed into a Nordstrom account.  This is because Nordstrom – Search Suggest, as described herein, operates substantially the same way in all instances. |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | The examples below further demonstrate that Nordstrom – Search Suggest applies to a variety of devices, in various languages, in various countries, with/without cookies, with various search settings, and with/without sign-in information.<br><br><br><br>**Source: shop.Nordstrom.com, iPad**     **Source: http://shop.Nordstrom.com/, Android Device** |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  |

Source: http://shop.nordstrom.com/, **Accept-language:fr**

Source: http://shop.nordstrom.com/, **accessed from UK**

Source: http://shop.nordstrom.com/, **with Cookies disabled**

Source: https://shop.nordstrom.com/c/all-prada?keyword=prada, **with Search History off**

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | <br><br>**Source: http://shop.nordstrom.com/, with Sign-in**<br><br>**Nordstrom – Add to Shopping Bag:**<br>Nordstrom maintains a plurality of computers that host shop.nordstrom.com, and which deliver interactive links (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the selectable buttons that add items to an electronic shopping bag when selected (herein "Add to Bag button") and provide their functionality) to a plurality of client computers via a network (e.g., the Internet).  When the user selects an Add to Bag button, an application runs that causes the item that the user selected to add to their shopping bag to appear in a display pane (e.g., selecting the "Add to Bag" button or the "Add to Shopping Bag" button).<br><br>Below are examples of Nordstrom – Add to Shopping Bag.  On a computer that has accessed shop.nordstrom.com, an Add to Bag button is displayed.  The user can select the button, and in response, an application causes the item that the user selected to add to their shopping bag to appear in a display pane (e.g., selecting the "Add to Bag" button or the "Add to Shopping Bag" button). |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|



Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather

Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather

Source: http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview

Source: http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview

Droplets' infringement allegations with respect to Nordstrom – Add to Shopping Bag apply, without limitation: (i) to all computing devices that access the shop.nordstrom.com webpages/websites, including but not limited to all devices running a Windows, Macintosh, Android, iOS, Chrome, or other operating system; (ii) to all versions of the webpages/websites shop.nordstrom.com that include an Add to Bag button, including but not limited to all versions of the

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | webpages/websites that have been accessible during the time period in which Nordstrom is liable for damages, and all language versions of the webpages/websites (e.g., English, Spanish, French, German, etc.); (iii) regardless of where the client device is geographically located (e.g., U.S., Canada, Mexico, U.K., Germany, France, etc.); and (iv) regardless of whether the client device is signed into a Nordstrom account.  This is because Nordstrom – Add to Shopping Bag, as described herein, operates substantially the same way in all instances.<br><br>The examples below further demonstrates that Nordstrom – Add to Shopping Bag applies in a variety of circumstances.<br><br> <br>**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **iPad**  **Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **iPad** |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  |

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview,
**Android Device**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview,
**Android Device**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview,
**Accept Language: fr**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview,
**Accept Language: fr**

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  |

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **accessed from the UK**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **accessed from the UK**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **with Sign-in**

**Source:** http://shop.nordstrom.com/s/vince-camuto-kheringtn-sandal/3437978?origin=fashionresultspreview, **with Sign-in**

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | **Nordstrom – Change View; Nordstrom – Change Item Parameter; Nordstrom – Zoom on Select; Nordstrom – Filter Results; Nordstrom – Sort Results; Nordstrom – Change Page; Nordstrom – Load More Results; Nordstrom – In-Store Availability; Nordstrom – Edit Shopping Bag:** <br><br> These exemplary Accused Functionalities, as well as any other Nordstrom webpages/websites/tools that provide selectable buttons or items that, when selected, cause content corresponding to the button or item to display in a pane (collectively "Selectable Buttons and Items Accused Functionalities"), all infringe the '745 patent in the same way as Nordstrom – Add to Shopping Bag.  Specifically, the Selectable Buttons and Items Accused Functionalities all involve (1) an interactive link that comprises a button or an item, (2) the user interacting with the button or item by selecting it (e.g., by clicking, touching, or hovering over it), (3) the client sending second information to a Nordstrom application server (e.g., a GET request), (4) the client receiving third information based on the second information and fourth information (e.g., the javascript response to the GET request), and (5) content (e.g., images and/or text) related to that button or item being displayed.  The infringement analysis for Nordstrom – Add to Shopping Bag thereby applies to each of the Selectable Buttons and Lists Accused Functionalities, and is incorporated in full. <br><br> For illustrative purposes, screenshots of additional Selectable Buttons and Items Accused Functionalities are provided below. <br><br>   <br><br> Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather <br><br> **Nordstrom – Change View; Source:** https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|



Nordstrom – Change Item Parameter; Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather

Nordstrom – Change Item Parameter; Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather

Nordstrom – Change Item Parameter, Source: http://www.nordstrom.com/c/mens-tech-accessories-gadgets#category=b60140113&type=category&page=1&sort=featured&sortreverse=0&color=green&price=&bran

Nordstrom – Zoom on Select; Source: https://shop.nordstrom.com/s/santoni-darian-cap-toe-oxford-men/4232436?origin=category-personalizedsort&breadcrumb=Home%2FMen%2FShoes%2FDress%20Shoes&color=brown%20leather

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | d=&instoreavailability=false&lastfilter=color&sizeFinder Id=0&resultsmode=&segmentId=0, **iPad** <br><br>  |

**Nordstom – Zoom on Select; Source:**
http://shop.nordstrom.com/s/mod-lusive-lace-back-knit-sweater/3486941

**Nordstrom – Filter Results; Source:**
https://shop.nordstrom.com/c/mens-polo-shirts?origin=topnav&breadcrumb=Home%2fMen%2fClothing%2fPolo+Shirts

**Nordstrom – Filter Results; Source:**
https://shop.nordstrom.com/c/mens-suits-sportcoats/linen?breadcrumb=Home%2FMen%2FClothing%2FSuits%20%26%20Separates&offset=11&sort=Boosted&flexi=8000485_8000503

**Nordstrom – Sort Results; Source:**
https://shop.nordstrom.com/c/mens-suits-sportcoats/linen?breadcrumb=Home%2FMen%2FClothin

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|



g%2FSuits%20%26%20Separates&offset=11&sort=Boosted&flexi=8000485_8000503

**Nordstrom – Sort Results; Source:**
http://shop.nordstrom.com/c/designer-tops

**Nordstrom – Change Page; Source:**
https://shop.nordstrom.com/c/mens-jeans?origin=topnav&breadcrumb=Home%2FMen%2FClothing%2FJeans&offset=10&page=4&sort=Boosted

**Nordstrom – Change Page; Source:**
https://shop.nordstrom.com/c/mens-jeans?origin=topnav&breadcrumb=Home%2FMen%2fClothing%2fJeans

**Nordstrom – Change Page; Source:**
http://shop.nordstrom.com/c/womens-coats-shop?origin=leftnav#category=b2374337&type=category&currency=GBP&page=2&defaultsize3=&size=&width=&color=&price=&brand=&instoreavailability=false&lastf

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  |

ilter=&sizeFinderId=2&resultsmode=&segmentId=0,
**Accessed from the UK**

**Nordstrom – Load More Results; Source:**
http://shop.nordstrom.com/c/womens-pants?origin=leftnav

**Nordstrom – Load More Results; Source:**
http://shop.nordstrom.com/c/womens-pants?origin=leftnav

**Nordstrom – In-Store Availability; Source:**
https://shop.nordstrom.com/c/mens-jeans?origin=topnav&breadcrumb=Home%2FMen%2FClothing%2FJeans&offset=10&sort=Boosted&store=527&storeAvailability=527

**Nordstrom – In-Store Availability; Source:**
http://shop.nordstrom.com/s/gucci-round-digital-watch/3038134?origin=category&resultback=2212, **iPad**

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  **Nordstrom – In-Store Availability; Source:** http://shop.nordstrom.com/s/gucci-round-digital-watch/3038134?origin=category&resultback=2212, **with cookies disabled**  **Nordstrom – Edit Shopping Bag; Source:** https://secure.nordstrom.com/ShoppingBag.aspx#1553232670004  **Nordstrom – Edit Shopping Bag; Source:** https://secure.nordstrom.com/ShoppingBag.aspx  **Nordstrom – Edit Shopping Bag; Source:** https://secure.nordstrom.com/shoppingbag.aspx?origin=tab, **Accept Language: fr** |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | 

**Nordstrom – Edit Shopping Bag; Source:** https://secure.nordstrom.com/shoppingbag.aspx?origin=tab, **with Sign-in**

**Direct Infringement (all asserted claims):**
Nordstrom directly infringes under 35 U.S.C. § 271(a) as it provides users the Nordstrom Accused Webpages/Websites. For example, Nordstrom infringes in the instances it uses, sets up, troubleshoots, and/or tests the Accused Functionalities. In addition, Nordstrom uses the claimed system by putting the system as a whole into service, i.e., controlling the system as a whole and deriving benefit from it.

**Indirect Infringement – Inducement (all asserted claims):**
Nordstrom has had knowledge of its infringement of the '745 patent since at least the filing of this case. Nordstrom has actively induced the infringement of the '745 patent under 35 U.S.C. § 271(b) by actively inducing the infringing use of the Accused Functionalities by third parties in the United States. Droplets is informed and believes, and thereon alleges, that these third parties infringe the '745 patent in violation of 35 U.S.C. § 271(a) by using the Accused Functionalities in an infringing manner. In particular, Nordstrom induces users to directly infringe the asserted claims of the '745 patent, by among other things, advertising and providing instructions, support, and technical assistance for the use of the Accused Webpages/Websites and Accused Functionalities in an infringing manner. For example, Nordstrom's websites, e.g., nordstrom.com and shop.nordstrom.com/content/customer-service, provide instructions on how to use the Accused Functionalities (e.g., https://www.youtube.com/watch?v=6AQp2ZE2wKs, https://shop.nordstrom.com/content/frequently-asked-questions, https://shop.nordstrom.com/content/customer- |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | service?breadcrumb=Home%2FCustomer+Service, https://www.youtube.com/watch?v=eUC4MBQfPQQ, https://www.youtube.com/watch?v=KcQqdx9zhO0, ).  In addition, Nordstrom has marketed and advertised the Accused Webpages/Websites and Accused Functionalities (e.g., https://www.youtube.com/user/Nordstromcom, https://www.youtube.com/watch?v=eUC4MBQfPQQ, https://www.youtube.com/watch?v=KcQqdx9zhO0, https://www.youtube.com/watch?v=PFvnrIweOqg, https://www.youtube.com/watch?v=4vKdTGfd7Y0, https://www.youtube.com/watch?v=URUnCxNUf3k). <br><br>  <br> https://www.youtube.com/watch?v=6AQp2ZE2wKs. <br><br> **Willful Infringement (all asserted claims):** <br> Nordstrom's actions show that its patent infringement has been willful.  Nordstrom was given actual notice of the '745 patent and how it infringes the '745 patent in Droplets' Complaint, in Droplets' infringement contentions (including all amendments and supplements thereto), and in forthcoming documents, such as Droplets' expert reports.  Nordstrom is |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | also aware of the strength of validity the '745 patent carries.  Specifically, Nordstrom has been on notice of the fact that the '745 patent survived a reexamination initiated by Adobe.  Nordstrom is also aware that a jury in Texas federal court found the '745 patent valid and infringed.  Further, Nordstrom has been aware that the '745 patent is licensed by many similarly-situated companies in industry.  Despite becoming aware of and/or willfully blinding itself to the existence of and its infringement of the '745 patent, Nordstrom has nonetheless continued to engage in and has escalated its infringing activities by developing, advertising and making available additional infringing webpages/websites.  Further, Nordstrom has made no attempts to design around the '745 patent or otherwise `stop its infringing behavior.  Nordstrom has maintained many of the same infringing webpages/websites from when the Complaint was filed until now and has not sought to remove any of the infringing functionalities from these webpages/websites.  Indeed, Nordstrom has added infringing functionalities to these webpages/websites and has made available more infringing webpages/websites.<br><br>*See* claim 1a-1e. |
| **Claim 1a** | |
| retrieving, in response to a request of a client computer, over a first communication connection first information having computer program code embedded therein and executing the embedded computer program code for establishing a second communication connection to a second host computer; | All Accused Functionalities meet this claim limitation.  When a client computer requests access to Nordstrom Accused Webpages/Websites (e.g., by entering a url for a Nordstrom Accused Webpage/Website into a web browser or otherwise connecting to a url for a Nordstrom webpage/website), a host computer (e.g., a Nordstrom web server) sends first information (e.g., HTML, CSS, javascript, and/or other files) that is used to present the Nordstrom Accused Webpage/Website to the client computer using a first communication connection (e.g., via the Internet).  The first information includes embedded code that, when executed, establishes a second communication connection to a second host computer (e.g., HTML and/or javascript code from the "first information" execute, such as when the user interacts with an application on the webpages/website, to establish a connection via the Internet with a Nordstrom application server).<br><br>**Nordstrom – Search Suggest:**<br>When a client computer requests access to the Nordstrom Accused Webpages/Websites shop.nordstrom.com (e.g., by entering the url into a web browser or otherwise connecting to the url), a host computer (e.g., a Nordstrom web server) sends first information (e.g., HTML, CSS, javascript, and/or other files) that is used to present the Nordstrom Accused Webpage/Website to the client computer using a first communication connection (e.g., via the Internet).  The first information includes embedded code that, when executed, establishes a second communication connection to a second host computer (e.g., HTML and/or javascript code from the "first information" execute, such as when a user enters or |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| |  |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
|  |  |

Source: http://shop.nordstrom.com/, with Cookies disabled

Source: https://shop.nordstrom.com/c/all-prada?keyword=prada, with Search History off

Source: http://shop.nordstrom.com/, with Sign-in

**Nordstrom – Add to Shopping Bag:**

When a client computer requests access to the Nordstrom Accused Webpages/Websites shop.nordstrom.com (e.g., by entering a url or otherwise connecting to a url for a Nordstrom Accused Webpage/Website), a host computer (e.g., a Nordstrom web server) sends first information (e.g., HTML, CSS, javascript, and/or other files) that is used to present the

Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.

that are also sent, that contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information), as well as fourth information (e.g., the Nordstrom application server sends data, such as text and/or images, that is to be displayed on the client).  The presentation information is based on the received operating environment information (e.g., the information about how the content is going to be displayed on the client is based on the client information that was sent as part of or along with the GET request).  The client computer then presents the application and fourth information based on the presentational information (e.g., what the application is displaying gets updated).  An interactive link (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the application and provide its functionality) is stored on the client computer (e.g., in the memory, cache, and/or hard drive).  As described above, this interactive link can establish (and re-establish, e.g., when the user interacts with the interactive link and causes it to update the application display, including to cause the same application display as from a previous session, such as by invoking the same interactive link functionality from before) a second communication connection with a second host computer for retrieving the third information and presenting the application and fourth information.

**Nordstrom – Search Suggest:**
When a client computer requests access to the Nordstrom Accused Webpages/Websites shop.nordstrom.com (e.g., by entering the url into a web browser or otherwise connecting to the url), a host computer (e.g., a Nordstrom web server) sends first information (e.g., HTML, CSS, javascript, and/or other files) that is used to present the Nordstrom Accused Webpage/Website to the client computer using a first communication connection (e.g., via the Internet).  The first information includes embedded code that, when executed, establishes a second communication connection to a second host computer (e.g., HTML and/or javascript code from the "first information" execute, such as when a user enters or deletes text in the search bar or selects the search bar, to establish a connection via the Internet with a Nordstrom application server for the application that handles the search suggest functionality (herein "search suggest application")).  The client computer sends second information relating to its operating environment to the second host computer (e.g., client information, such as information about operating system, user interface, hardware capabilities, IP address, user-agent, device type, cookies, etc., is sent from the client to the Nordstrom application server as part of or along with a GET request).  The second host computer then sends third information that includes presentation information for presenting an application (e.g., the Nordstrom application server sends data, such as metadata about the text and/or images of the search suggestions that are also sent, that contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information), as well as fourth information (e.g., the Nordstrom application server sends data, such as the text and/or images of the search suggestions, that is to be displayed on the client).  The presentation information is based on the received operating environment information (e.g., the information about how the content is going to be displayed on the client is based on the client information that was sent as part of or along with the GET request).  The client computer then presents the application and fourth information based on the presentational information (e.g., search suggestions are displayed/updated).  An interactive link (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

search bar and provide its functionality) is stored on the client computer (e.g., in the memory, cache, and/or hard drive). As described above, this interactive link can establish (and re-establish, e.g., when the user interacts with the search bar and causes it to update the search suggestions, including to cause the same application display as from a previous session, such as by re-entering a previously entered search string into the search bar or re-selecting the search bar to show the previously displayed recent search history) a second communication connection with a second host computer for retrieving the third information and presenting the application and fourth information.

Below are examples of how interactive links can be stored on a client device (e.g., the files and code that can display the search bar and perform the above functionalities are stored in a Google Chrome cache folder).



**Source:** File Explorer                    **Source:** chrome://settings/clearBrowserData



**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| | |
|---|---|
| | **Source:** chrome://history

Droplets contends that this limitation is met literally.  In the alternative, if not met literally, the Accused Functionalities also satisfy this limitation under the doctrine of equivalents.  Specifically, with respect to "interactive link," a search bar that invokes the interactive link functionality when it is selected, or when text is entered or deleted from it, performs substantially the same function (activating the functionality of the interactive link), in substantially the same way (through interacting with the interactive link), to yield substantially the same result (the functionality of the interactive link is invoked) as the claim limitation.  This is because the user is still interacting with a graphical representation of the interactive link to invoke the functionality of the interactive link.

**<u>Nordstrom – Add to Shopping Bag:</u>**
When a client computer requests access to the Nordstrom Accused Webpages/Websites <u>shop.nordstrom.com</u> (e.g., by entering a url or otherwise connecting to a url for a Nordstrom Accused Webpage/Website), a host computer (e.g., a Nordstrom web server) sends first information (e.g., HTML, CSS, javascript, and/or other files) that is used to present the Nordstrom Accused Webpage/Website to the client computer using a first communication connection (e.g., via the Internet).  The first information includes embedded code that, when executed, establishes a second communication connection to a second host computer (e.g., HTML and/or javascript code from the "first information" execute, such as when a user selects an Add to Bag button, to establish a connection via the Internet with a Nordstrom application server for the application that handles the display of the pane showing that the item has been added to the shopping bag (herein "shopping bag application")).  The client computer sends second information relating to its operating environment to the second host computer (e.g., client information, such as information about operating system, user interface, hardware capabilities, IP address, user-agent, device type, cookies, etc., is sent from the client to the Nordstrom application server as part of or along with a GET request).  The second host computer then sends third information that includes presentation information for presenting an application (e.g., the Nordstrom application server sends data, such as metadata about the text and/or images that comprise the shopping bag content that is also sent, that contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information), as well as fourth information (e.g., the Nordstrom application server sends data, such as the text and/or images that comprise the shopping bag content, that is to be displayed on the client).  The presentation information is based on the received operating environment information (e.g., the information about how the content is going to be displayed on the client is based on the client information that was sent as part of or along with the GET request).  The client computer then presents the application and fourth information based on the presentational information (e.g., shopping bag content is displayed/updated).  An interactive link (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the Add to Bag button and provide its functionality) is stored on the client computer (e.g., in the memory, cache, and/or hard drive).  As described above, this interactive link can establish (and re-establish, e.g., when the user selects the Add to Bag button, including to cause the same application display as from a previous session, such as by interacting with the Add to Bag button to cause previously displayed contents to re-appear) a |

Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | second communication connection with a second host computer for retrieving the third information and presenting the application and fourth information.<br><br>*See supra* claim 1a-1d. |
| **Claim 2** | |
| The method as claimed in claim 1, wherein the presentational information includes at least one of instructions for rendering components of the presented application, default parameters and data values exhibited within the components, and application-specific business logic for processing input to the presented application. | All Accused Functionalities meet this claim limitation.  The presentational information includes at least one of instructions for rendering components of the presented application, default parameters and data values exhibited within the components, and application-specific business logic for processing input to the presented application (e.g., the metadata about the text and/or images contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information).<br><br>**Nordstrom – Search Suggest:**<br>The presentational information includes at least one of instructions for rendering components of the presented application, default parameters and data values exhibited within the components, and application-specific business logic for processing input to the presented application (e.g., the metadata about the search suggestion text and/or images contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information).<br><br>**Nordstrom – Add to Shopping Bag:**<br>The presentational information includes at least one of instructions for rendering components of the presented application, default parameters and data values exhibited within the components, and application-specific business logic for processing input to the presented application (e.g., the metadata about the text and/or images that comprise the shopping bag content contains information about how the text and/or images are going to be displayed on the client, such as processing, size, order, layout, and/or formatting information).<br><br>*See supra* claim 1. |
| **Claim 17pre** | |
| A network configured computer processing system, comprising: | To the extent the preamble is limiting, all Accused Functionalities meet this claim limitation.  Nordstrom maintains computers that host a variety of webpages/websites and that are connected to client computers over a network (e.g., Nordstrom web servers and application servers are connected to client computers over the Internet). |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| presentation client program code and said embedded computer program code, said communication connection for receiving said first information and for presenting said invoked application and said second information at said requesting client computer; and | (e.g., the client receives data, such as text and/or images and metadata about the text and/or images that contains information to display the application).<br><br>**Nordstrom – Search Suggest:**<br>A communication connection is established between the requesting client computer and said second server by said operating system program code, said presentation client program code and said embedded computer program code (e.g., the operating system, the software for running the search bar and selectable search suggestions, and the code embedded in the HTML, CSS, javascript, and/or other files jointly establish a connection between the client and the Nordstrom application server), said communication connection for receiving said first information and for presenting said invoked application and said second information at said requesting client computer (e.g., the client receives data, such as text and/or images for the selectable search suggestions and metadata about the text and/or images of the search suggestions, that contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information, to display the selectable search suggestions).<br><br>**Nordstrom – Add to Shopping Bag:**<br>A communication connection is established between the requesting client computer and said second server by said operating system program code, said presentation client program code and said embedded computer program code (e.g., the operating system, the software for running the Add to Bag button and shopping bag content, and the code embedded in the HTML, CSS, javascript, and/or other files jointly establish a connection between the client and the Nordstrom application server), said communication connection for receiving said first information and for presenting said invoked application and said second information at said requesting client computer (e.g., the client receives data, such as text and/or images for the shopping bag content and metadata about the text and/or images of the shopping bag content, that contains information about how the text and/or images is going to be displayed on the client, such as processing, size, order, layout, and/or formatting information, to display the folder and email content).<br><br>*See supra* claim 1b-1d. |
| **Claim 17e** | |
| an interactive link, stored at said requesting client computer, for selectively re-establishing said communication connection for receiving said first information and | All Accused Functionalities meet this claim limitation.  The requesting client computer stores an interactive link for selectively re-establishing said communication connection for receiving said first information and for presenting said invoked application and said second information from said second server computer (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the application and update it are stored in the memory, cache, and/or hard drive of the client computer; as described above, this embedded code can establish and re-establish, such as when the user interacts with the application and causes it to update, the second communication |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| for presenting said invoked application and said second information from said second server computer. | connection with a second host computer for retrieving the first information and presenting the application and second information).<br><br>**Nordstrom – Search Suggest:**<br>The requesting client computer stores an interactive link for selectively re-establishing said communication connection for receiving said first information and for presenting said invoked application and said second information from said second server computer (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the search bar and update it are stored in the memory, cache, and/or hard drive of the client computer; as described above, this embedded code can establish and re-establish, such as when the user interacts with the search suggest application and causes it to update (e.g., by entering or deleting text in the search bar or selecting the search bar), the second communication connection with a second host computer for retrieving the first information and presenting the application and second information).<br><br>Droplets contends that this limitation is met literally.  In the alternative, if not met literally, the Accused Functionalities also satisfy this limitation under the doctrine of equivalents.  Specifically, with respect to "interactive link," a search bar that invokes the interactive link functionality when it is selected, or when text is entered or deleted from it, performs substantially the same function (activating the functionality of the interactive link), in substantially the same way (through interacting with the interactive link), to yield substantially the same result (the functionality of the interactive link is invoked) as the claim limitation.<br><br>**Nordstrom – Add to Shopping Bag:**<br>The requesting client computer stores an interactive link for selectively re-establishing said communication connection for receiving said first information and for presenting said invoked application and said second information from said second server computer (e.g., the HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the Add to Bag button and shopping bag content and update it are stored in the memory, cache, and/or hard drive of the client computer; as described above, this embedded code can establish and re-establish, such as when the user selects the Add to Bag button, the second communication connection with a second host computer for retrieving the first information and presenting the application and second information).<br><br>*See supra* claim 1e. |
| **Claim 26pre** | |
| A computer processing system, comprising: | To the extent the preamble is limiting, all Accused Functionalities meet this claim limitation.  Nordstrom maintains and uses a variety of computer processing systems (e.g., Nordstrom web and application servers). |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| | **Nordstrom – Search Suggest:**<br>Nordstrom maintains a variety of computer processing systems (e.g., Nordstrom web and application servers).<br><br>**Nordstrom – Add to Shopping Bag:**<br>Nordstrom maintains a variety of computer processing systems (e.g., Nordstrom web and application servers).<br><br>*See supra* claims 1pre, 17pre. |
| **Claim 26a** | |
| a plurality of client computers; a plurality of server computers; a network operatively coupling said plurality of client computers to said plurality of server computers; and | All Accused Functionalities meet this claim limitation.  A network operatively couples a plurality of client computers to a plurality of server computers (e.g., Nordstrom web and application servers are connected to client devices through the Internet).<br><br>**Nordstrom – Search Suggest:**<br>A network operatively couples a plurality of client computers to a plurality of server computers (e.g., Nordstrom web servers (hosting shop.nordstrom.com) and application servers (hosting the search suggest application) are connected to client devices through the Internet).<br><br>**Nordstrom – Add to Shopping Bag:**<br>A network operatively couples a plurality of client computers to a plurality of server computers (e.g., Nordstrom web servers (hosting shop.nordstrom.com) and application servers (hosting the shopping bag application) are connected to client devices through the Internet).<br><br>*See supra* claims 1pre, 17a-c. |
| **Claim 26b** | |
| computer program code for presenting over said network, in response to a selection of an interactive link, applications and first information stored in a first of said plurality of server computers, said | All Accused Functionalities meet this claim limitation.  Computer program code for presenting over said network, in response to a selection of an interactive link, applications and first information stored in a first of said plurality of server computers (e.g., when the user interacts with an application and causes it to update, the information for the update is sent over the Internet from a Nordstrom application server).<br><br>**Nordstrom – Search Suggest:**<br>Computer program code for presenting over said network, in response to a selection of an interactive link, applications and first information stored in a first of said plurality of server computers (e.g., when the user interacts with the search |

Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| computer program code comprising: | suggest application and causes it to update, such as by entering or deleting text in the search bar or selecting the search bar, the information for the update is sent over the Internet from a Nordstrom application server).<br><br>Droplets contends that this limitation is met literally.  In the alternative, if not met literally, the Accused Functionalities also satisfy this limitation under the doctrine of equivalents.  Specifically, with respect to "interactive link," a search bar that invokes the interactive link functionality when it is selected, or when text is entered or deleted from it, performs substantially the same function (activating the functionality of the interactive link), in substantially the same way (through interacting with the interactive link), to yield substantially the same result (the functionality of the interactive link is invoked) as the claim limitation.<br><br>**Nordstrom – Add to Shopping Bag:**<br>Computer program code for presenting over said network, in response to a selection of an interactive link, applications and first information stored in a first of said plurality of server computers (e.g., when the user selects the Add to Bag button, the information for the shopping bag is sent over the Internet from a Nordstrom application server).<br><br>*See supra* claims 1, 17. |
| **Claim 26c** | |
| a plurality of computer program code segments embedded with informational content stored at a second of said plurality of server computers and delivered to a requesting one of said plurality of client computers; | All Accused Functionalities meet this claim limitation.  A plurality of computer program code segments embedded with informational content stored at a second of said plurality of server computers and delivered to a requesting one of said plurality of client computers (e.g., HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the application and update it are stored on Nordstrom web servers and can be sent to client devices on request).<br><br>**Nordstrom – Search Suggest:**<br>A plurality of computer program code segments embedded with informational content stored at a second of said plurality of server computers and delivered to a requesting one of said plurality of client computers (e.g., HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the search bar and search suggest application and update it are stored on Nordstrom web servers and can be sent to client devices on request).<br><br>**Nordstrom – Add to Shopping Bag:**<br>A plurality of computer program code segments embedded with informational content stored at a second of said plurality of server computers and delivered to a requesting one of said plurality of client computers (e.g., HTML, CSS, javascript, and/or other files that contain the embedded code needed to present the Add to Bag button and shopping bag content and update the shopping bag are stored on Nordstrom web servers and can be sent to client devices on request). |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
| **Claim 42** | |
| The method as claimed in claim 1, further comprising: storing information for tracking the presenting of the application. | All Accused Functionalities meet this claim limitation.  Information for tracking the presenting of the application is stored (e.g., IP addresses, user-agents, referrers, cookies, scripts, etc. are necessarily stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application).<br><br>**Nordstrom – Search Suggest:**<br>Information for tracking the presenting of the application is stored (e.g., IP addresses, user-agents, referrers, cookies, scripts, etc. are necessarily stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application).<br><br>**Nordstrom – Add to Shopping Bag:**<br>Information for tracking the presenting of the application is stored (e.g., IP addresses, user-agents, referrers, cookies, scripts, etc. are necessarily stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application).<br><br>*See supra* claims 1, 13. |
| **Claim 43** | |
| The method as claimed in claim 42, wherein the information for tracking includes a global unique identifier assigned to the interactive link and information for identifying the client computer storing the interactive link. | All Accused Functionalities meet this claim limitation.  The information for tracking includes a global unique identifier assigned to the interactive link and information for identifying the client computer storing the interactive link (e.g., unique IP addresses, user-agents, referrers, cookies, scripts, usernames/logins, etc. are stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application).<br><br>**Nordstrom – Search Suggest:**<br>The information for tracking includes a global unique identifier assigned to the interactive link and information for identifying the client computer storing the interactive link (e.g., unique IP addresses, user-agents, referrers, cookies, scripts, usernames/logins, etc. are stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application).<br><br>**Nordstrom – Add to Shopping Bag:**<br>The information for tracking includes a global unique identifier assigned to the interactive link and information for identifying the client computer storing the interactive link (e.g., unique IP addresses, user-agents, referrers, cookies, scripts, usernames/logins, etc. are stored by the Nordstrom web and/or application servers, at least to be used to generate a response to a request to update the application). |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745[1] | The Nordstrom Accused Instrumentalities |
|---|---|
|  | *See supra* claims 14, 42. |

| USP 6,687,745 | The Nordstrom Accused Instrumentalities |
|---|---|
| **Claim 69** | |
| The computer processing system as claimed in claim 26, wherein the presentational information includes at least one of instructions for rendering components of the presented application, default parameters and data values exhibited within the components, and application-specific business logic for processing input to the presented application. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 2, 26. |
| **Claim 77** | |
| The computer processing system as claimed in claim 26, wherein the computer program code embedded in the first information determines a plurality of user interface requirements from the operating environment of the client computer. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 26, 28. |
| **Claim 81** | |
| The computer processing system as claimed in claim 26, wherein the second communication connection is a noncontinuous communication connection. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 26, 32. |
| **Claim 82** | |
| The computer processing system as claimed in claim 81, wherein a real-time pull of update information is retrieved from the second host computer by the client computer. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 26, 33. |
| **Claim 85pre** | |
| The computer processing system as claimed in claim 26, further comprising computer program code for: | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claim 26. |
| **Claim 85a** | |
| retrieving a plurality of first information each having computer program code embedded therein; | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 36a. |

**Droplets' Third Amended Infringement Contentions for Nordstrom, Inc.**

| USP 6,687,745 | The Nordstrom Accused Instrumentalities |
|---|---|
| **Claim 85b** | |
| simultaneously executing the plurality of embedded computer program code to establish a plurality of communication connections to the second host computer. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 36b. |
| **Claim 86** | |
| The computer processing system as claimed in claim 26, further comprising computer program code for:  transmitting information between the client computer and the second host computer using a network communication protocol. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 26, 37. |
| **Claim 87** | |
| The computer processing system as claimed in claim 86, wherein the network communication protocol comprises a plurality of message formats to communicate properties and events pertaining to components of the application. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 38, 59, 86. |
| **Claim 89** | |
| The computer processing system as claimed in claim 87, wherein communication protocol and message formats transmit information defining a net change of information between a current application state and a next application state. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 40, 87. |
| **Claim 90** | |
| The computer processing system as claimed in claim 89, further comprising computer program code for: refreshing a state of the application presented on the client computer using the net change information without retrieving an entire presentation information. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 41, 89 |
| **Claim 91** | |
| The computer processing system as claimed in claim 26, further comprising computer program code for: storing information for tracking the presenting of the application. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 26, 42. |
| **Claim 92** | |
| The computer processing system as claimed in claim 91, wherein the information for tracking includes a global unique identifier assigned to the interactive link and information for identifying the client computer storing the interactive link. | All Accused Functionalities meet this claim limitation.<br><br>*See supra* claims 43, 64, 91. |