Counsel listed on the signature page.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST (KAW) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO STRIKE** |
| OATH INC. AND OATH HOLDINGS, INC., <br><br> Intervenor- Plaintiffs, <br><br> v. <br><br> DROPLETS, INC., <br><br> Intervenor-Defendant. | |
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | Case No. 12-cv-04049-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO STRIKE** |

Plaintiff Droplets, Inc. ("Droplets") and Defendants Yahoo!, Inc. ("Yahoo") and Nordstrom, Inc. ("Nordstrom") (collectively "Defendants") respectfully file this stipulated request to modify the briefing schedule and hearing date for Defendants' Motions to Strike Droplets, Inc.'s Third Amended Infringement Contentions ("Motions to Strike").  (Dkt. No. 424 in Case No. 12-cv-03733-JST; Dkt. No. 159 in Case No. 12-cv-04049-JST (KAW).)  Nordstrom and Yahoo filed nearly identical Motions to Strike on December 10, 2019.  Droplets and Defendants met and conferred and agreed to a modified briefing scheduled wherein:

- Droplets' deadline to file its opposition to both motions will move from December 24, 2019 to January 28, 2020
- Yahoo's and Nordstrom's deadlines to file their replies will move from December 31, 2019 to February 11, 2020

The parties respectfully request this modification in view of previously made winter vacation plans, because Droplets counsel has trial until January 23, 2020, and to provide all parties' counsel time to fully consider and brief the issues raised.

Further, whereas the Case Management Conference and the hearing for Defendants' Motions to Strike are currently set for one week apart, and whereas lead counsel for Yahoo will be out of the country and therefore unavailable from February 28, 2020 to March 15, 2020 (which includes March 4, 2020, the current date for the hearing on the Motions to Strike), the parties respectfully request that the Motions to Strike be heard on the same date as is currently set for the Case Management Conference, February 25, 2020.

The Court previously granted similar motions to extend deadlines, including motions to continue the case management conference (Dkt. Nos. 310-311, 313-316), a stipulation to extend the time for Yahoo to file its reply to its Motion to Substitute Parties and Amend the Caption and its Motion for Summary Judgment (Dkt. Nos. 344, 346), a stipulation to extend the briefing schedule for Defendants' Motions for Preclusion re Claim Construction (Dkt. Nos. 372-373), a stipulation to extend the briefing schedule and hearing date for Oath's Motion to Intervene (Dkt. Nos. 390, 393), and an unopposed motion to extend the briefing schedule for claim construction (Dkt. Nos. 394, 399).

The requested extension and modification of the hearing date will not otherwise affect the schedule in this case.

Dated: December 24, 2019

| | |
|---|---|
| /s/ *Khue V. Hoang* <br> Courtland L. Reichman (CA Bar No. 268873) <br> creichman@reichmanjorgensen.com <br> Shawna L. Ballard (CA Bar No. 155188) <br> sballard@reichmanjorgensen.com <br> Michael G. Flanigan (CA Bar No. 316152) <br> mflanigan@reichmanjorgensen.com <br> Kate M. Falkenstien (CA Bar No. 313753) <br> kfalkenstien@reichmanjorgensen.com <br> REICHMAN JORGENSEN LLP <br> 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 623-1449 <br><br> Khue V. Hoang (CA Bar No. 205917) <br> khoang@reichmanjorgensen.com <br> Jaime F. Cardenas-Navia (admitted *pro hac vice*) <br> jcardenas-navia@reichmanjorgensen.com <br> REICHMAN JORGENSEN LLP <br> 100 Park Avenue, Suite 1600 <br> New York, NY 10017 <br> Telephone: (212) 381-1965 <br> Facsimile: (650) 623-1449 <br><br> Attorneys for Plaintiff <br> *Droplets, Inc.* | /s/ *Joshua R. Thane* <br> Jennifer H. Doan <br> jdoan@haltomdoan.com <br> Joshua R. Thane <br> jthane@haltomdoan.com <br> Haltom & Doan <br> 6500 Summerhill Road, Suite 100 <br> Texarkana, TX 75503 <br> Telephone: (903) 255-1000 <br> Facsimile: (903) 255-0800 <br><br> William A. Hector <br> wahector@venable.com <br> Venable LLP <br> 101 California Street., Suite 3800 <br> San Francisco, CA 94111 <br> Telephone: (415) 653-3738 <br> Facsimile: (415) 653-3755 <br><br> Attorneys for Defendant <br> *Yahoo!, Inc.* <br><br> /s/ *Benjamin M. Kleinman* <br> Jordan Trent Jones <br> jtjones@kilpatricktownsend.com <br> Kilpatrick Townsend & Stockton LLP <br> 1080 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone: (650) 752-2433 <br> Facsimile: (650) 326-2422 <br><br> Benjamin M. Kleinman <br> bkleinman@kilpatricktownsend.com <br> Kilpatrick Townsend & Stockton LLP <br> Two Embarcadero Center, Suite 1900 <br> San Francisco, CA 94111 <br> Telephone: (415) 273-7122 <br> Facsimile: (415) 723-7122 <br><br> Attorneys for Defendant <br> *Nordstrom, Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 24, 2019                    */s/ Khue V. Hoang*
                                                               Khue V. Hoang

**[PROPOSED] ORDER**

The deadline for Droplets to file its opposition to Defendants' Motions to Strike Droplets, Inc.'s Third Amended Infringement Contentions (Dkt. No. 424 in Case No. 12-cv-03733-JST; Dkt. No. 159 in Case No. 12-cv-04049-JST (KAW)) is extended to January 28, 2020, the deadline for Yahoo and Nordstrom to file their replies is extended to February 11, 2020, and the hearing date is moved to February 25, 2020, at the same time as the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Jon S. Tigar
United States District Court Judge