UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DROPLETS, INC.,

        Plaintiff,

   v.

YAHOO! INC.,

        Defendant.

Case No. 12-cv-03733-JST

**ORDER RE: JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO STRIKE**

Re: ECF No. 430

The parties have filed a joint stipulation regarding briefing schedule and hearing date for Defendants' motion to strike. ECF No. 430. The Court grants the parties' request to extend the briefing schedule. Droplets shall file its opposition by January 28, 2020. Yahoo! shall file its reply by February 11, 2020.

The Court denies the parties' request that the motions to strike be heard on February 25, 2020. Due to the unavailability of lead counsel for Yahoo! between February 28, 2020 and March 15, 2020, the Court hereby continues the hearing on Defendants' motions to strike to March 18, 2020.

**IT IS SO ORDERED.**

Dated: December 30, 2019



JON S. TIGAR
United States District Judge