Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia
(admitted *pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2402
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Attorneys for Plaintiff
*Droplets, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> **DROPLETS' UNOPPOSED MOTION TO WITHDRAW COUNSEL** |
| OATH INC. AND OATH HOLDINGS, INC., <br><br> Intervenor- Plaintiffs, <br><br> v. <br><br> DROPLETS, INC., <br><br> Intervenor-Defendant. | |

Pursuant to Civil Local Rule 11-5, Plaintiff and Intervenor-Defendant Droplets, Inc. ("Droplets") moves to withdraw Matthew L. Kaufman as counsel of record and to terminate ECF/CM notices to him concerning the *Yahoo!* Case (No. 12-cv-03733-JST). Reichman Jorgensen LLP remains counsel of record for Droplets.

Defendant Yahoo!, Inc. and Intervenor-Plaintiffs Oath Inc. and Oath Holdings, Inc. have been notified and do not oppose this Motion.

| | |
|---|---|
| Dated: February 20, 2020 | /s/ Khue V. Hoang |
| | Courtland L. Reichman (CA Bar No. 268873) |
| | creichman@reichmanjorgensen.com |
| | Shawna L. Ballard (CA Bar No. 155188) |
| | sballard@reichmanjorgensen.com |
| | Michael G. Flanigan (CA Bar No. 316152) |
| | mflanigan@reichmanjorgensen.com |
| | Kate M. Falkenstien (CA Bar No. 313753) |
| | kfalkenstien@reichmanjorgensen.com |
| | REICHMAN JORGENSEN LLP |
| | 100 Marine Parkway, Suite 300 |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 623-1401 |
| | Facsimile: (650) 623-1449 |
| | |
| | Khue V. Hoang (CA Bar No. 205917) |
| | khoang@reichmanjorgensen.com |
| | Jaime F. Cardenas-Navia |
| | (admitted *pro hac vice*) |
| | jcardenas-navia@reichmanjorgensen.com |
| | REICHMAN JORGENSEN LLP |
| | 750 Third Avenue, Suite 2402 |
| | New York, NY 10017 |
| | Telephone: (212) 381-1965 |
| | Telecopier: (650) 623-1449 |
| | |
| | Attorneys for Plaintiff |
| | *Droplets, Inc.* |