| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | Jordan Trent Jones (SBN: 166600) |
|   | jtjones@kilpatricktownsend.com |
| 3 | 1080 Marsh Road |
|   | Menlo Park, CA 94025 |
| 4 | Telephone: (650) 752 2433 |
|   | Facsimile:  (650) 326 2422 |
| 5 | |
| 6 | A. James Isbester (SBN: 129820) |
|   | jisbester@kilpatricktownsend.com |
| 7 | Benjamin M. Kleinman (SBN: 261846) |
|   | bkleinman@kilpatricktownsend.com |
| 8 | Two Embarcadero Center Suite 1900 |
|   | San Francisco, CA 94111 |
|   | Telephone: (415) 576-0200 |
| 9 | Facsimile:  (415) 576-0300 |
| 10 | ATTORNEYS FOR DEFENDANT |
|    | NORDSTROM, INC. |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC., | Civil Action No. 12-cv-03733-JST (KAW) |
| Plaintiff, | **NOTICE OF APPEARANCE OF** |
| v. | **A. JAMES ISBESTER** |
| YAHOO!, INC. | |
| Defendant. | |
| OATH INC. AND OATH HOLDINGS, INC. | |
| Intervenor-Plaintiffs, | |
| v. | |
| DROPLETS, INC., | |
| Intervenor-Defendant. | |
| DROPLETS, INC. | Civil Action No. 12-cv-04049-JST (KAW) |
| Plaintiff, | **NOTICE OF APPEARANCE OF** |
| v. | **A. JAMES ISBESTER** |
| NORDSTROM, INC., | |
| Defendant. | |

Notice is hereby given that the undersigned attorney, A. James Isbester of Kilpatrick Townsend & Stockton LLP, is entering an appearance in this matter for Defendant Nordstrom, Inc. ("Nordstrom"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Nordstrom.

Counsel's address, email and telephone and facsimile numbers are set forth on the caption page of this Notice.

DATED:  April 6, 2020             Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: /s/ *A. James Isbester*
    A. JAMES ISBESTER
    Attorneys for Defendant
    Nordstrom, Inc.