(SEE SIGNATURE PAGE FOR ATTORNEY LIST)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO!, INC.<br><br>    Defendant. | Case No. 12-cv-03733-JST (KAW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE PRIVATE MEDIATION** |
| OATH, INC. AND OATH HOLDINGS INC. (d/b/a VERIZON MEDIA)<br><br>    Intervenor-Plaintiffs,<br><br>    v.<br><br>DROPLETS, INC.,<br><br>    Intervenor-Defendant. | |
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NORDSTROM, INC.<br><br>    Defendant. | Case No. 12-cv-04049-JST (KAW) |

Plaintiff Droplets, Inc. ("Droplets"), Intervenor-Plaintiffs Oath, Inc. and Oath Holdings Inc. (together "Verizon Media"), and Defendant Yahoo!, Inc. (n/k/a Altaba, Inc.) (collectively, the "parties") respectfully file this stipulated request for a short extension to the deadline for the parties to complete mediation. At the Case Management Conference on February 25, 2020, the Court ordered the parties to complete mediation by May 29, 2020. Dkt. No. 444.

1  The parties have worked together to meet this deadline, but efforts to schedule a mediation that accommodate the parties and counsel by May 29 have been impacted by the COVID-19 pandemic. The parties have agreed to mediate via Zoom and are scheduled with Hon. Vaughn R. Walker (ret.) on June 16, 2020, and thus request a short extension of the mediation deadline to June 18, 2020.

The Court previously granted motions to extend deadlines, including motions to continue the case management conference (Dkt. Nos. 310-311, 313-316), a stipulation to extend the time for Yahoo to file its reply to its Motion to Substitute Parties and Amend the Caption and its Motion for Summary Judgment (Dkt. Nos. 344, 346), a stipulation to extend the briefing schedule for Defendants' Motions for Preclusion re Claim Construction (Dkt. Nos. 372-373), a stipulation to extend the briefing schedule and hearing date for Oath's Motion to Intervene (Dkt. Nos. 390, 393), an unopposed motion to extend the briefing schedule for claim construction (Dkt. Nos. 394, 399), an unopposed motion to extend the briefing schedule and hearing for Defendants' Motions to Strike (Dkt. Nos. 430, 432), an unopposed motion to extend the deadline for Droplets' Answer to Verizon Media's Complaint in Intervention (Dkt. Nos. 428, 431), extensions to the briefing schedule and the hearing for Defendants' Motions to Strike (Dkt. Nos. 430, 432), and an unopposed motion for motion for extension of time to file motion for summary judgment based on licensing (Dkt. Nos. 462, 464).

The requested extension will not otherwise affect the schedule in this case and is not expected to have any impact on discovery.

DATED: May 27, 2020

| /s/ William A. Hector | /s/ Jaime F. Cardenas-Navia |
|---|---|
| Jennifer Haltom Doan | Courtland L. Reichman (CA Bar No. 268873) |
| (admitted *pro hac vice*) | creichman@reichmanjorgensen.com |
| Joshua R. Thane | Shawna L. Ballard (CA Bar No. 155188) |
| (admitted *pro hac vice*) | sballard@reichmanjorgensen.com |
| J. Randy Roeser | Michael G. Flanigan (CA Bar No. 316152) |
| (admitted *pro hac vice*) | mflanigan@reichmanjorgensen.com |
| HALTOM & DOAN | Kate M. Falkenstien (CA Bar No. 313753) |
| 6500 Summerhill Road, Suite 100 | kfalkenstien@reichmanjorgensen.com |
| Texarkana, TX 75503 | REICHMAN JORGENSEN LLP |
| Telephone: (903) 255-1000 | 100 Marine Parkway, Suite 300 |

| | |
|---|---|
| Facsimile: (903) 255-0800<br>Email: jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com<br>Email: rroeser@haltomdoan.com<br><br>William A. Hector (SBN 298490)<br>WAHector@venable.com<br>VENABLE LLP<br>101 California Street, Suite 3800<br>San Francisco, CA  94111<br>Telephone: (415) 653-3750<br>Facsimile:  (415) 653-3755<br><br>ATTORNEYS FOR INTERVENOR-PLAINTIFFS OATH, INC. AND OATH HOLDINGS INC. (TOGETHER VERIZON MEDIA) AND DEFENDANT YAHOO!, INC. (N/K/A ALTABA, INC.) | Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449<br><br>Khue V. Hoang (CA Bar No. 205917)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia<br>(admitted *pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>750 Third Avenue, Suite 2402<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Telecopier: (650) 623-1449<br><br>ATTORNEYS FOR PLAINTIFF DROPLETS, INC. |

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 27, 2020                                        */s/ William A. Hector*
                                                                            William A. Hector

# [PROPOSED] ORDER

The deadline for Plaintiff Droplets, Inc., Intervenor-Plaintiffs Oath, Inc. and Oath Holdings Inc., and Defendant Yahoo!, Inc. to complete mediation is extended up to and including June 18, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                          The Honorable Jon S. Tigar
                                          United States District Court Judge