**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC., <br>     Plaintiff, <br> v. <br> YAHOO!, INC. <br>     Defendant. | Case No. 12-cv-03733-JST (KAW) <br><br> **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL THE ZOOM HEARING ON VERIZON MEDIA'S MOTION FOR SUMMARY JUDGMENT BASED ON LICENSE AGREEMENT** |
| OATH, INC. AND OATH HOLDINGS INC. (d/b/a VERIZON MEDIA) <br>     Intervenor-Plaintiffs, <br> v. <br> DROPLETS, INC., <br>     Intervenor-Defendant. | |
| DROPLETS, INC., <br>     Plaintiff, <br> v. <br> NORDSTROM, INC. <br>     Defendant. | Case No. 12-cv-04049-JST (KAW) |

Pending before the Court is the parties Joint Administrative Motion to Seal the Zoom Hearing on Verizon Media's Motion for Summary Judgment Based on License Agreement.

Having considered the Motion, the Motion to Seal is GRANTED and the Court seals the Zoom Hearing on Verizon Media's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: July 8, 2020

JON S. TIGAR
United States District Judge