UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>        Defendant. | Case No. 4:12-cv-03733-JST   (KAW)<br><br>ORDER REGARDING PROPOSED AMENDED STIPULATED PROTECTIVE ORDER<br><br>Re: Dkt. No. 542 |

On October 16, 2020, Plaintiff Droplets, Inc., Intervenor-Plaintiss Oath Holdings, Inc. and Oath, Inc., and Defendant Yahoo! filed an amended stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: October 19, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge