Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
mflanigan@reichmanjorgensen.com
Kate Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Droplets, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. <br><br> OATH, INC., et al., <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> DROPLETS, INC., <br><br> Intervenor-Defendant. <br><br> DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> **DROPLETS, INC.'S UNOPPOSED MOTION TO WITHDRAW PETER AYERS AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 11-5, Counsel for Plaintiff Droplets, Inc. ("Droplets"), moves to withdraw Peter Ayers as counsel of record and to terminate ECF/CM notices to him concerning the *Yahoo!* Case (Case No. 3:12-cv-03733-JST). Reichman Jorgensen LLP remains counsel of record for Droplets.

This motion to withdraw is not sought for the purpose of delay or any other improper purpose. Counsel for Defendants do not oppose.

Dated: November 25, 2020              /s/ *Khue Hoang*

Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia
(admitted *pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2402
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

ATTORNEYS FOR PLAINTIFF
DROPLETS, INC.