1   Courtland L. Reichman (CA Bar No. 268873)      Khue V. Hoang (CA Bar No. 205917)
    creichman@reichmanjorgensen.com                khoang@reichmanjorgensen.com
2   Shawna L. Ballard (CA Bar No. 155188)          Jaime F. Cardenas-Navia (admitted *pro hac vice*)
    sballard@reichmanjorgensen.com                 jcardenas-navia@reichmanjorgensen.com
3   Michael G. Flanigan (CA Bar No. 316152)        REICHMAN JORGENSEN LLP
    mflanigan@reichmanjorgensen.com                750 Third Avenue, Suite 2400
4   Kate Falkenstien (CA Bar No. 313753)           New York, NY 10017
    kfalkenstien@reichmanjorgensen.com             Telephone: (646) 921-1474
5   REICHMAN JORGENSEN LLP                          Facsimile: (650) 623-1449
    100 Marine Parkway, Suite 300
6   Redwood Shores, CA 94065
    Telephone: (650) 623-1401
7   Facsimile: (650) 623-1449

8   Attorneys for Plaintiff
    *Droplets, Inc.*

9

10
# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

11

| | |
|---|---|
| 12   DROPLETS, INC., | Case No. 12-cv-03733-JST |
| 13          Plaintiff, | **[PROSED] ORDER GRANTING DROPLETS MOTION TO WITHDRAW PETER AYERS AS COUNSEL FOR PLAINTIFF** |
| 14          v. | |
| 15   YAHOO!, INC., | |
| 16          Defendant. | |
| 17   OATH, INC., et al., | |
| 18          Intervenor-Plaintiffs, | |
| 19          v. | |
| 20   DROPLETS, INC., | |
| 21          Intervenor-Defendant. | |
| 22 | |
| 23   DROPLETS, INC., | |
| 24          Plaintiff, | |
| 25          v. | |
| 26   NORDSTROM, INC., | |
| 27          Defendant. | |
| 28 | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~[PROPOSED]~~ ORDER

This Court, having considered Plaintiff Droplets, Inc. ("Droplets") Motion to Withdraw Peter Ayers as Counsel (the "Motion") and otherwise being duly advised in the premises, the Court finds and rules that the Motion is **GRANTED**.  Peter Ayers is hereby permitted to withdraw as counsel of record for Plaintiff Droplets, Inc.

**IT IS SO ORDERED.**

Dated:  December 3, 2020    _____

The Honorable Jon S. Tigar
United States District Court Judge