UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>YAHOO! INC.,<br><br>            Defendant. | Case No. 12-cv-03733-JST<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 561 |

Defendants' administrative motion to request a case management conference to "address[], or set[]a briefing schedule to address, a claim construction dispute," ECF No. 561, is denied. Defendants should file a motion seeking the relief to which they believe they are entitled.

**IT IS SO ORDERED.**

Dated:  December 15, 2020



_____
JON S. TIGAR
United States District Judge