Courtland L. Reichman (CA Bar No. 268873)
  creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
  sballard@reichmanjorgensen.com
Kate Falkenstien (CA Bar No. 313753)
  kfalkenstien@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
  mflanigan@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
  khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
  jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (admitted *pro hac vice*)
  mmatulewicz-crowley@reichmanjorgensen.com
Michael Marvin (admitted *pro hac vice*)
  mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Attorneys for Plaintiff and Intervenor-Defendant
*Droplets, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>YAHOO!, INC.,<br><br>      Defendant. | Case No. 12-cv-03733-JST<br><br>**DECLARATION OF AISHA MAHMOOD HALEY IN SUPPORT OF PLAINTIFF DROPLETS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO CLARIFY CLAIM CONSTRUCTION** |
| OATH, INC., et al.,<br><br>      Intervenor-Plaintiffs,<br><br>      v.<br><br>DROPLETS, INC.,<br><br>      Intervenor-Defendant. | |
| DROPLETS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>NORDSTROM, INC.,<br><br>      Defendant | |

1         I, Aisha Mahmood Haley, declare as follows:

2         1.      I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff

3 Droplets, Inc. ("Droplets") in the above referenced action.  I make this declaration of my own personal

4 knowledge, and if compelled to testify, I could and would competently testify thereto.

5         2.      I submit this declaration in support of Droplets' Motion to File Documents Under Seal.

6         3.      Droplets, Inc.'s Motion to Clarify Claim Construction ("Motion") includes passages

7 describing highly confidential business information of Yahoo!, Inc.

8         4.      Exhibit 3 is Exhibit D to the Corrected Expert Report of Dr. Douglas Schmidt

9 ("Schmidt Report") regarding Yahoo and includes passages describing highly confidential business

10 information of Yahoo!, Inc. including highly confidential technical source code.

11         I declare under the penalty of perjury under the laws of the United States of America that the

12 foregoing is true and correct to the best of my knowledge.

13         Executed in Washington, D.C. this 17th day of May 2021.

14

15                                    */s/ Aisha Mahmood Haley*
                                   Aisha Mahmood Haley

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-03733-JST         1         Decl. of Aisha Mahmood Haley ISO
                                                                  Droplets' Motion to File Under Seal its
                                                                  Motion to Clarify Claim Construction