Courtland L. Reichman (CA Bar No. 268873)
  creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
  sballard@reichmanjorgensen.com
Kate Falkenstien (CA Bar No. 313753)
  kfalkenstien@reichmanjorgensen.com
Michael G. Flanigan (CA Bar No. 316152)
  mflanigan@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
  khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
  jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (admitted *pro hac vice*)
  mmatulewicz-crowley@reichmanjorgensen.com
Michael Marvin (admitted *pro hac vice*)
  mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Attorneys for Plaintiff and Intervenor-Defendant
*Droplets, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC.,<br><br>    Defendant.<br><br>OATH, INC., et al.,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>DROPLETS, INC.,<br><br>    Intervenor-Defendant.<br><br>DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>    Defendant | Case No. 12-cv-03733-JST<br><br>**[PROPOSED] ORDER GRANTING DROPLETS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO CLARIFY CLAIM CONSTRUCTION** |

Having considered Droplets' Motion to File Under Seal its Motion to Clarify Claim Construction (the "Motion to Seal"), the documents to be filed under seal, the supporting declarations, and the relevant law, the Court finds that there are "compelling reasons" for granting the Motion. *Icon-IP Pty Ltd. v. Specialized Bicycle Components*, No. 12-cv-03844-JST, 2015 WL 984121, at *1 (N.D. Cal. Mar. 4, 2015); *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016). The materials under seal contain confidential source code, and public disclosure of this information would create a risk of injury, in that competitors could use such information to "gain a competitive advantage in the marketplace." *Intel Corp. v. Via Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000); *Icon-IP*, 2015 WL 984121, at *1.

Droplets' Motion is hereby **GRANTED**. The materials identified in the chart below are hereby **SEALED**.

| Document | Materials to Be Filed Under Seal or Redacted | Entity Designating the Document as Confidential |
|---|---|---|
| Droplets, Inc.'s Motion to Clarify Claim Construction | Passages containing or describing highly confidential business information of Yahoo!, Inc. | Information in this document has been designated "HIGHLY CONFIDENTIAL" by counsel for Yahoo! Inc. and notice is given under Civil L.R. 79-5(e)(1). Haley Decl., ¶3. |
| Exhibit 3 – Exhibit D of the Corrected Expert Report of Dr. Douglas Schmidt ("Schmidt Report") regarding Yahoo | Passages containing or describing highly confidential business information of Yahoo!, Inc, including highly confidential technical source code. | Information in this document has been designated "HIGHLY CONFIDENTIAL" by counsel for Yahoo! Inc. and notice is given under Civil L.R. 79-5(e)(1). Haley Decl., ¶4. |

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                      Honorable JON S. TIGAR
                                      United States District Judge