1   Courtland L. Reichman (CA Bar No. 268873)          Khue V. Hoang (CA Bar No. 205917)
      creichman@reichmanjorgensen.com                    khoang@reichmanjorgensen.com
2   Shawna L. Ballard (CA Bar No. 155188)              Jaime F. Cardenas-Navia (admitted *pro hac vice*)
      sballard@reichmanjorgensen.com                     jcardenas-navia@reichmanjorgensen.com
3   Kate Falkenstien (CA Bar No. 313753)               Michael Matulewicz-Crowley (admitted *pro hac vice*)
      kfalkenstien@reichmanjorgensen.com                 mmatulewicz-crowley@reichmanjorgensen.com
4   Michael G. Flanigan (CA Bar No. 316152)            Michael Marvin (admitted *pro hac vice*)
      mflanigan@reichmanjorgensen.com                    mmarvin@reichmanjorgensen.com
5   REICHMAN JORGENSEN LEHMAN &                        REICHMAN JORGENSEN LEHMAN &
      FELDBERG LLP                                       FELDBERG LLP
6   100 Marine Parkway, Suite 300                      750 Third Avenue, Suite 2400
      Redwood Shores, CA 94065                          New York, NY 10017
7   Telephone: (650) 623-1401                          Telephone: (646) 921-1474
      Facsimile: (650) 623-1449                         Facsimile: (650) 623-1449
8
      Attorneys for Plaintiff and Intervenor-Defendant
9   *Droplets, Inc.*

10                  **IN THE UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
11                          **OAKLAND DIVISION**

12
      DROPLETS, INC.,                                    Case No. 12-cv-03733-JST
13
                    Plaintiff,                           **DECLARATION OF AISHA MAHMOOD**
14                                                       **HALEY IN SUPPORT OF PLAINTIFF**
                    v.                                   **DROPLETS, INC.'S MOTION TO**
15                                                       **CLARIFY CLAIM CONSTRUCTION**
      YAHOO!, INC.,
16
                    Defendant.                           HEARING:
17                                                       Date:  July 1, 2021
      ─────────────────────────────────                 Time:  2:00 p.m,
18   OATH, INC., et al.,                                 Place: Courtroom 6, 2nd Floor Oakland
                                                         Courthouse
19                  Intervenor-Plaintiffs,              Judge: Hon. Jon S. Tigar

20                  v.

21   DROPLETS, INC.,

22                  Intervenor-Defendant.

23   ─────────────────────────────────
      DROPLETS, INC.,
24
                    Plaintiff,
25
                    v.
26
      NORDSTROM, INC.,
27
                    Defendant.
28

1    I, Aisha Mahmood Haley, declare as follows:

2    I make this declaration of my own personal knowledge, and if compelled to testify, I could and

3 would competently testify thereto. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff

4 Droplets, Inc. ("Droplets") in the above-referenced action.  Droplets is contemporaneously filing its

5 Motion To Clarify Claim Construction, and I submit this declaration in support of that motion.

6    1.    Attached as Exhibit 1 is a true and correct copy of an email sent by Jennifer H. Doan, counsel

7 for Yahoo! Inc., Oath, Inc. and Oath Holdings, Inc. ("Yahoo"), to counsel for Droplets on May 5,

8 2021.

9    2.    Attached as Exhibit 2 is a true and correct copy of an email sent by Kevin Anderson, counsel

10 for Yahoo, to counsel for Droplets on May 6, 2021.

11   3.    Attached as Exhibit 3 is a true and correct copy of Exhibit D to the Expert Report of Dr.

12 Douglas Schmidt, served on November 24, 2020, which contains materials designated as Highly

13 Confidential – Attorneys Eyes Only.

14   4.    Attached as Exhibit 4 is a true and correct copy of the Claim Construction Order (ECF No.

15 218) in *Droplets, Inc. v. E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

16   5.    Attached as Exhibit 5 is a true and correct copy of Droplets' Supplemental Claim Construction

17 Statement (ECF No. 219) in *Droplets, Inc. v. E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

18   6.    Attached as Exhibit 6 is a true and correct copy of the June 15, 2014 Hearing Transcript (ECF

19 No. 243) in *Droplets, Inc. v. E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

20   7.    Attached as Exhibit 7 is a true and correct copy of the Second Markman Decision Construing

21 "Interactive Link" Following Consideration Of Extrinsic Evidence (ECF No. 242) in *Droplets, Inc. v.*

22 *E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

23   8.    Attached as Exhibit 8 is a true and correct copy of the Memorandum Of Law In Support of

24 Defendants' Motion For Summary Judgment Of Non-Infringement (ECF No. 261) in *Droplets, Inc. v.*

25 *E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

26   9.    Attached as Exhibit 9 is a true and correct copy of the Supplemental Markman Ruling (ECF

27 No. 227) in *Droplets, Inc. v. E\*Trade Financial Corp.*, No. 12-cv-2326 (S.D.N.Y.).

28

Case No. 12-cv-03733-JST              1         Decl. Of Aisha Mahmood Haley ISO
                                                Droplets' Motion To Clarify Claim
                                                Construction

1

2          Executed in Washington, DC this 17th day of May 2021.

3                                                    /s/ *Aisha Mahmood Haley*
                                                     Aisha Mahmood Haley
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-03733-JST                    2          Decl. Of Aisha Mahmood Haley ISO
                                                       Droplets' Motion To Clarify Claim
                                                                          Construction