# Exhibit 1

| | |
|---|---|
| **From:** | Jennifer Doan |
| **To:** | Jaime Cardenas-Navia; RJ_Droplets_Yahoo |
| **Cc:** | DM_Verizon_Droplets (DM_Verizon_Droplets@duanemorris.com); Josh Thane; Randy Roeser |
| **Subject:** | Droplets - follow up on request to confirm compliance with Judge Tigar"s Order |
| **Date:** | Wednesday, May 5, 2021 8:48:45 PM |
| **Attachments:** | Jennifer H Doan.vcf |

**[EXTERNAL]**

Jaime –

As we discussed yesterday, please respond by Noon PT tomorrow to our request for Droplets to comply with Judge Tigar's Order confirming claim construction (Dkt. No. 749) and to drop the Yahoo accused products that "use cookies" and the other products that do not comply with the Order as further set forth in Kevin Anderson's letter sent earlier this week.

This timing is necessary in order for Yahoo to properly and timely prepare its pretrial materials to defend this case and to assess whether to release certain witnesses, drop certain exhibits, revise jury instructions and brief additional motions in limine as well as other motions.

We look forward to hearing from you tomorrow.

Jennifer

---

JENNIFER DOAN | HALTOM & DOAN | 6500 Summerhill Rd., Suite 100, Texarkana, TX 75503
Phone: 903-255-1000 | Direct: 903-255-1002 | Fax: 903-255-0800 | Email:
jdoan@haltomdoan.com
Office Locations:  Texarkana | Tyler | Plano | Marshall
Board Certified in Civil Trial Law & Personal Injury Trial Law – Texas Board of Legal Specialization



The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice

contained in the preceding message is solely for the benefit of the HALTOM & DOAN client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.