# Exhibit 2

| | |
|---|---|
| **From:** | Anderson, Kevin |
| **To:** | Jaime Cardenas-Navia; Snedeker, Alice; RJ_Droplets_Yahoo |
| **Cc:** | Jennifer Doan; Josh Thane; Randy Roeser; Goranin, Aleksander; Oxholm, Kendra |
| **Subject:** | RE: Droplets v. Yahoo - Deadline to exchange exhibit obj |
| **Date:** | Thursday, May 6, 2021 6:46:40 PM |

**[EXTERNAL]**

Hi Jaime,

We will agree to this modification but we need to have a meet/confer tomorrow.

We expect that Droplets will be making a significant reduction to its 1400 exhibits and 40+ hours of deposition designations.  At this point, Droplets should have no more than 700 exhibits.  There is no possible way that Droplets can intend to present even remotely this many exhibits or that many hours of depositions.

Droplets refusal to drop the cookie-using products is disappointing and disturbing.  Droplets and its counsel are forcing Yahoo to expend unnecessary resource in what is objectively a hopeless case on these products.

Kevin

---

**From:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Thursday, May 6, 2021 5:55 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

Hi Alice,

Per the previously-agreed-to schedule, the parties are due to provide updated exhibit lists by end of day today, and then provide updated objections by tomorrow.  Droplets proposes that the parties exchange updated exhibit lists by Friday and updated objections to exhibit lists by Saturday.

Please let us know if this is acceptable.

Best regards,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400

New York, NY 10017

(646) 921-1474

**From:** Snedeker, Alice <AESnedeker@duanemorris.com>
**Sent:** Sunday, May 2, 2021 7:40 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

**[EXTERNAL]**

1pm ET on Tuesday is fine.

Thanks,

**Alice E. Snedeker**
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

**From:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Sunday, May 2, 2021 10:11 AM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

Hi Alice,

We're not available on Tuesday at 3pm ET. How about 1pm ET?

Best regards,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017

(646) 921-1474

**From:** Snedeker, Alice <AESnedeker@duanemorris.com>
**Sent:** Friday, April 30, 2021 1:19 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

**[EXTERNAL]**
Jaime,

We are fine with your proposed extension and consolidations of the m/c. We are available Tuesday at 3pm ET.

Thanks,

**Alice E. Snedeker**
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

**From:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Friday, April 30, 2021 12:49 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

Alice,

We propose that the parties agree to a Sunday 12pm PT/3pm ET deadline for all materials that were initially scheduled to be due today, including objections to deposition designations and discovery responses.  Please let us know if Yahoo agrees.

Also, we propose that, rather than having separate meet and confers today and again on Tuesday, the parties confer about all issues on Tuesday.  If Yahoo agrees, please provide suggested times for Tuesday.

Best regards,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

**From:** Snedeker, Alice <AESnedeker@duanemorris.com>
**Sent:** Thursday, April 29, 2021 2:48 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

**[EXTERNAL]**
Confirmed. Thanks, Jaime.

**Alice E. Snedeker**
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

**From:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Wednesday, April 28, 2021 10:14 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** RE: Droplets v. Yahoo - Deadline to exchange exhibit obj

Hi Alice,

We can agree to a Sunday deadline for objections to the exhibit list, provided that the parties exchange their materials by 12pm PT/3pm ET.  Please confirm that this works.

Best regards,

Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Snedeker, Alice <AESnedeker@duanemorris.com>
**Sent:** Wednesday, April 28, 2021 4:01 PM
**To:** RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Cc:** Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; Randy Roeser <rroeser@haltomdoan.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Oxholm, Kendra <KCOxholm@duanemorris.com>
**Subject:** Droplets v. Yahoo - Deadline to exchange exhibit obj

**[EXTERNAL]**

Hi Jaime,

We propose that the parties agree to defer to Sunday the deadline to exchange objections to the respective exhibit lists. This will not impact the several other deadlines on Friday and should still give the parties time to review in advance of the meet and confer on Tuesday.

Please let us know if Droplets is amenable to this change.

Thank you,

**Alice E. Snedeker**
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*