| | |
|---|---|
| Courtland L. Reichman (CA Bar No. 268873)<br>  creichman@reichmanjorgensen.com<br>Shawna L. Ballard (CA Bar No. 155188)<br>  sballard@reichmanjorgensen.com<br>Kate Falkenstien (CA Bar No. 313753)<br>  kfalkenstien@reichmanjorgensen.com<br>Michael G. Flanigan (CA Bar No. 316152)<br>  mflanigan@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449 | Khue V. Hoang (CA Bar No. 205917)<br>  khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (admitted *pro hac vice*)<br>  jcardenas-navia@reichmanjorgensen.com<br>Michael Matulewicz-Crowley (admitted *pro hac vice*)<br>  mmatulewicz-crowley@reichmanjorgensen.com<br>Michael Marvin (admitted *pro hac vice*)<br>  mmarvin@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Facsimile: (650) 623-1449 |

Attorneys for Plaintiff and Intervenor-Defendant *Droplets, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO!, INC.,<br><br>　　　　Defendant.<br>_____<br>OATH, INC., et al.,<br><br>　　　　Intervenor-Plaintiffs,<br><br>　　v.<br><br>DROPLETS, INC.,<br><br>　　　　Intervenor-Defendant.<br>_____<br>DROPLETS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORDSTROM, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-03733-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DROPLETS, INC.'S MOTION TO CLARIFY CLAIM CONSTRUCTION**<br><br>HEARING:<br>Date:　July 1, 2021<br>Time:　2:00 p.m,<br>Place:　Courtroom 6, 2nd Floor Oakland Courthouse<br>Judge:　Hon. Jon S. Tigar |

Having considered Plaintiff Droplets, Inc.'s Motion To Clarify Claim Construction, the Court hereby GRANTS Droplets' Motion. The construction of "interactive link" is as follows:

> computer code that (1) retrieves and presents applications and/or information stored at remote locations across the network when selected by an end user, and (2) include facilities for restoring previous operating states of the application as the application is re-presented at a user's computer. An interactive link cannot be a bookmark, cookie, shortcut, hyperlink or Internet address (URL) and cannot use a bookmark, cookie, shortcut, hyperlink or Internet address (URL) to restore locally stored operating states.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                                            Honorable JON S. TIGAR
                                                                            United States District Judge