(SEE SIGNATURE PAGE FOR ATTORNEY LIST)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC., | Case No. 12-cv-03733-JST |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT REGARDING AMENDED PRETRIAL AND TRIAL SCHEDULE** |
| v. | |
| YAHOO!, INC., | |
| Defendant. | |
| OATH, INC., et al., | |
| Intervenor-Plaintiffs, | |
| v. | |
| DROPLETS, INC., | |
| Intervenor-Defendant. | |
| DROPLETS, INC., | |
| Plaintiff, | |
| v. | |
| NORDSTROM, INC., | |
| Defendant. | |

Counsel for Plaintiff Droplets, Inc. ("Droplets"), Defendants Yahoo! Inc. ("Yahoo") and Nordstrom, Inc. ("Nordstrom"), and Intervenor-Plaintiffs Oath Inc. and Oath Holdings, Inc. (together d/b/a "Verizon Media"), pursuant to the Court's May 7, 2021 Order (ECF No. 754), submit this Joint Case Management Statement.

On May 7, 2021, the Court issued an Order vacating the trial scheduled to begin on June 21, 2021, converting the May 21, 2021 pretrial conference to a case management conference, and requesting that the parties meet and confer and submit an amended pretrial and trial schedule that assumes that any motion already under submission will be decided by July 2, 2021.  ECF No. 754.

The parties agree that the currently scheduled September trial should proceed as planned.  The parties disagree as to the scheduling of the other trial: Droplets' position is that it should proceed as soon as the Court's calendar permits; Defendants' position is that it should proceed as soon as the Court's calendar permits but after the September trial.  Droplets' position is that the Yahoo trial should proceed during the currently scheduled September trial setting; Defendants take no position on which of their trials should go first.  The Court had not previously determined the ordering of the trials.

Below is the parties' proposal for the trial and pretrial schedules:

**Re-Scheduled June Trial Setting**

| Event | Current Deadline | Jointly Proposed Deadline |
|---|---|---|
| Pretrial conference statement due | May 14, 2021 (vacated) | 38 days before the trial |
| Pretrial conference | May 21, 2021 at 2:00 p.m. (vacated) | 31 days before the trial at 2:00 p.m. |
| Trial (12 days estimated length) | June 21, 2021 at 8:00 a.m. (vacated) | Droplets: When the Court's calendar permits<br><br>Defendants: after the September trial, when the Court's calendar permits |

**September Trial Setting**

| Event | Current Deadline | Jointly Proposed Deadline |
|---|---|---|
| Pretrial conference statement due | August 6, 2021 | August 6, 2021 |
| Pretrial conference | August 13, 2021 | August 13, 2021 at 1:30 p.m. |
| Trial (12 days estimated length) | September 13, 2021 | September 13, 2021[1] at 8:00 a.m. |

The parties will be prepared to discuss these proposals with the Court at the May 21, 2021 Case Management Conference.

For the Court's reference, the following motions are currently pending:

- Droplets' Motion to Exclude Certain Testimony of Nisha Mody (ECF No. 602)

- Droplets' Motion to Exclude Certain Testimony of Peter Kent and Itamar Simonson (ECF No. 605)

- Droplets' Motion to Exclude Certain Testimony of Michael Shamos and Benjamin Bederson (ECF No. 608)

- Droplets' Motion to Exclude Certain Testimony of Nicholas Godici (ECF No. 609)

- Droplets' Motion for Partial Summary Judgment (ECF No. 610)

- Nordstrom's Motion for Summary Judgment (ECF No. 611)

- Yahoo's Motion to Exclude Certain Testimony of Jim Bergman, Elliot Schwartz, and Ivan Zatkovich (ECF No. 617)

- Nordstrom's Motion to Exclude Certain Testimony of Jim Bergman and Elliot Schwartz (ECF No. 621)

- Droplets' Motion for Leave to File a Supplemental Brief in Opposition to Nordstrom's Motion for Summary Judgment (ECF No. 753)

- Yahoo's Administrative Motion for Permission to File Motion for Summary Judgment of Noninfringement (ECF No. 757)

---

[1] Members of Defendants' trial teams and at least one of Defendants' experts are unavailable September 15-16 for Yom Kippur.

- Droplets' Motion to Clarify Claim Construction (ECF No. 760)

Dated: May 19, 2021

/s/ Kevin P. Anderson
Kevin P. Anderson

George P. Niespolo
(Bar No. 72107)
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
415.957.3000 (phone)
415.957.3001 (fax)
GDNiespolo@duanemorris.com

Kevin P. Anderson
(admitted pro hac vice)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington D.C. 20004-2166
202.776.7800 (phone)
202.776.7801 (fax)
KPAnderson@duanemorris.com

Aleksander Goranin
(admitted pro hac vice)
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196
215.979.1000 (phone)
215.979.1020 (fax)
Agoranin@duanemorris.com

Woody Jameson
Matt C. Gaudet
(admitted pro hac vice)
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta GA 30309-3929
404.253.6900 (phone)
404.253.6901 (fax)
Wjameson@duanemorris.com
MCGaudet@duanemorris.com

Jennifer H. Doan
(admitted pro hac vice)
Texas Bar No. 08809050
Joshua R. Thane
(admitted pro hac vice)
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100

/s/ Courtland L. Reichman
Courtland L. Reichman

Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Kate Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted pro hac vice)
jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (admitted pro hac vice)
mmatulewicz-crowley@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Attorneys for Plaintiff and Intervenor-Defendant
Droplets, Inc.

/s/ Benjamin M. Kleinman
Benjamin M. Kleinman

A. James Isbester (SBN: 129820)
Benjamin M. Kleinman (SBN: 261846)
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center Suite 1900
San Francisco, CA 94111
jisbester@kilpatricktownsend.com
bkleinman@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Jordan Trent Jones (SBN 166600)
Law Offices of Jordan Trent Jones

Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

*Attorneys for Intervenor-Plaintiffs Oath Holdings Inc. and Oath, Inc. and Defendant Yahoo!, Inc.*

2268 Westborough Boulevard, Suite 302
South San Francisco, CA 94080
jtjones@jtrentjoneslaw.com
(415) 418-0380

*Attorneys for Defendant Nordstrom, Inc.*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 19, 2021                    */s/ Courtland L. Reichman*
                                                       Courtland L. Reichman