UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br>   Defendant. | Case No. 12-cv-03733-JST <br><br> **SCHEDULING ORDER** <br><br> Re: ECF No. 768 |
| OATH, INC., et al., <br><br>   Intervenors-Plaintifs, <br><br> v. <br><br> DROPLETS, INC., <br><br>   Intervenor-Defendant. | |
| DROPLETS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br>   Defendant | |

The trial of the Droplets/Nordstrom action will commence on January 10, 2022 at 8:00 a.m. The Court will conduct a pretrial conference on December 10, 2021 at 2:00 p.m. A pretrial statement is due December 3, 2021.

The Court would have preferred to set the case on November 1, 2021, see ECF No. 768 at 2, but currently has a criminal trial scheduled to begin in late October that will not be completed

by November 1, 2021, and which would take priority over this case.

The June 21, 2021 trial date is vacated.

**IT IS SO ORDERED.**

Dated:  June 2, 2021



JON S. TIGAR
United States District Judge