Jennifer Haltom Doan (admitted *pro hac vice*)
Joshua R. Thane (admitted *pro hac vice*)
J. Randy Roeser (admitted *pro hac vice*)
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: rroeser@haltomdoan.com

George D. Niespolo (SBN: 72107)
GDNiespolo@duanemorris.com
Meghan C. Killian (SBN 310195)
mckillian@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone:  415.957.3013
Facsimile:  415.358.4394

**ATTORNEYS FOR
DEFENDANT YAHOO, INC. AND
INTERVENOR-PLAINTIFFS OATH, INC.
AND OATH HOLDINGS, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC.<br><br>    Defendant. | Case No. 4:12-cv-03733-JST<br><br>**DEFENDANT YAHOO!, INC. AND INTERVENOR-PLAINTIFFS OATH INC. AND OATH HOLDINGS, INC.'S NOTICE OF FILING OF EXHIBITS TO OMNIBUS MOTIONS *IN LIMINE* (ECF NO. 809)** |
| OATH INC. AND OATH HOLDINGS, INC.<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>DROPLETS, INC.,<br><br>    Intervenor-Defendant. | |
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.<br>    Defendant. | Case No. 12-cv-04049-JST (KAW) |

Pursuant to Civil L.R. 79-5(f) and the Court's September 2, 2021 Order addressing various of the parties' administrative motions to seal, Defendants Yahoo, Inc. and Intervenor-Plaintiffs Oath, Inc. and Oath Holdings, Inc. (collectively "Yahoo") file herewith Exhibits 4, 5, 8, 9, 10, 11, 12, 13, 14, and 15 to Yahoo's Omnibus Motions *in Limine* (ECF No. 809).  Yahoo previously filed these documents under seal with its Administrative Motion to File Documents Under Seal (ECF No. 810), pursuant to Civil L.R. 79-5(e), because these documents were designated as confidential by Plaintiff Droplets, Inc. ("Droplets").  In Droplets' supporting declaration (ECF No. 830), Droplets stated that these documents do not contain confidential information and may be filed publicly.  Accordingly, the Court denied Yahoo's motion with respect to these documents.  Unredacted versions of these documents are therefore filed herewith in accordance with Civil L.R. 79-5(f).

September 9, 2021

Respectfully submitted,

/s/ Meghan C. Killian
Meghan C. Killian (SBN: 310195)
George D. Niespolo (SBN: 72107)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
415.957.3000 (phone)
415.957.3001 (fax)
GDNiespolo@duanemorris.com
MCKillian@DuaneMorris.com

Kevin P. Anderson (admitted *pro hac vice*)
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington D.C. 20004-2166
202.776.7800 (phone)
202.776.7801 (fax)
KPAnderson@duanemorris.com

Aleksander Goranin (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia PA 19103-4196
215.979.1000 (phone)
215.979.1020 (fax)
Agoranin@duanemorris.com

1

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
Alice Snedeker (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta GA 30309-3929
404.253.6900 (phone)
404.253.6901 (fax)
WJameson@duanemorris.com
MCGaudet@duanemorris.com
AESnedeker@duanemorris.com

Jennifer H. Doan (admitted *pro hac vice*)
Joshua R. Thane  (admitted *pro hac vice*)
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

**DEFENDANT YAHOO!, INC. AND
INTERVENOR-PLAINTIFFS OATH, INC.
AND OATH HOLDINGS, INC.**

**Notice Of Filing Exhibits To Omnibus Motions In Limine**                Case No.: 4:12-CV-03733-JST

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by ECF on all counsel of record on September 9, 2021.

/s/ Meghan C. Killian
Meghan C. Killian

**3**