Jennifer Haltom Doan (admitted *pro hac vice*)
Joshua R. Thane (admitted *pro hac vice*)
J. Randy Roeser (admitted *pro hac vice*)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: rroeser@haltomdoan.com

Meghan C. Killian
(SBN: 310195)
George D. Niespolo
(SBN: 72107)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
415.957.3000 (phone)
415.957.3001 (fax)
GDNiespolo@duanemorris.com
MCKillian@DuaneMorris.com

ATTORNEYS FOR
DEFENDANT YAHOO!, INC. AND
INTERVENOR-PLAINTIFFS OATH, INC. AND
OATH HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC.<br><br>    Defendant. | **Case No. 12-cv-03733-JST (KAW)**<br><br>[~~PROPOSED~~] **ORDER MEMORIALIZING INSTRUCTIONS AND RULINGS FROM SECOND PRETRIAL CONFERENCE** |
| OATH INC. AND OATH HOLDINGS, INC.<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>DROPLETS, INC.,<br><br>    Intervenor-Defendant. | |
| DROPLETS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.<br><br>    Defendant. | Case No. 12-cv-04049-JST (KAW) |

The Court conducted a Pretrial Conference with Plaintiff Droplets, Inc. ("Droplets") and Defendant Yahoo!, Inc. ("Yahoo") (collectively, the "Parties") on August 26, 2021. At the Pretrial Conference, the Court issued several instructions relating to the upcoming trial.

1. Jury selection in the above-captioned case is currently set for September 13, 2021. Also set for jury selection at the same time is a criminal case which, pursuant to 18 U.S.C. § 3161, is set first in line for trial. The Parties will be advised by Friday, September 10, 2021 at 6:00 PT whether jury selection in the criminal case will go forward on September 13, 2021. If the criminal case goes forward, the Court will conduct a status conference via Zoom with the Parties at 4 p.m. on September 13, 2021.

2. Trial will not be held on Yom Kippur (September 16, 2021); however, the Court will be available for non-jury or other housekeeping matters to the extent those matters can be handled by non-observant attorneys.

3. Pursuant to Federal Rule of Civil Procedure 615, the Court will not permit Yahoo's witness, David Filo, to remain in the courtroom as Yahoo's corporate representative.

4. The Court will send a questionnaire with non-case-specific questions to the potential jurors. The answers to those questionnaires can be made available to the Parties approximately one week before jury selection. A questionnaire with case-specific questions will be circulated to the venire on the day of jury selection.

5. The Court expects that opening statements will take place on the second day of trial.

6. The Parties may provide joint notebooks to the jurors. The notebooks are to include only those materials and witness pictures agreed to by both Parties. The Parties must agree also on the formatting of each jury notebook.

Dated:  September 2, 2021



IT IS SO ORDERED
Judge Jon S. Tigar

Respectfully submitted,

/s/ Meghan C. Killian
Meghan C. Killian
(SBN: 310195)
George D. Niespolo
(SBN: 72107)

Dated: December 22, 2021

Case No. 12-cv-03733-JST         1         [Proposed] Order Memorializing Rulings
                                            from Second Pretrial Conference

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
415.957.3000 (phone)
415.957.3001 (fax)
GDNiespolo@duanemorris.com
MCKillian@DuaneMorris.com

Kevin P. Anderson
(admitted *pro hac vice*)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington D.C. 20004-2166
202.776.7800 (phone)
202.776.7801 (fax)
KPAnderson@duanemorris.com

Aleksander Goranin
(admitted *pro hac vice*)
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196
215.979.1000 (phone)
215.979.1020 (fax)
Agoranin@duanemorris.com

Woody Jameson
Matt C. Gaudet
Alice Snedeker
(admitted *pro hac vice*)
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta GA 30309-3929
404.253.6900 (phone)
404.253.6901 (fax)
WJameson@duanemorris.com
MCGaudet@duanemorris.com
AESnedeker@duanemorris.com

Jennifer H. Doan
(admitted *pro hac vice*)
Texas Bar No. 08809050
Joshua R. Thane
(admitted *pro hac vice*)
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Case No. 12-cv-03733-JST                              3         [Proposed] Order Memorializing Rulings
                                                                        from Second Pretrial Conference