1  Courtland L. Reichman (CA Bar No. 268873)
     creichman@reichmanjorgensen.com
2  Shawna L. Ballard (CA Bar No. 155188)
     sballard@reichmanjorgensen.com
3  Kate Falkenstien (CA Bar No. 313753)
     kfalkenstien@reichmanjorgensen.com
4  Michael G. Flanigan (CA Bar No. 316152)
     mflanigan@reichmanjorgensen.com
5  REICHMAN JORGENSEN LEHMAN &
   FELDBERG LLP
6  100 Marine Parkway, Suite 300
   Redwood Shores, CA 94065
7  Telephone: (650) 623-1401
   Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
  khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
  jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (admitted *pro hac vice*)
  mmatulewicz-crowley@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

9  Attorneys for Plaintiff and Intervenor-Defendant
   *Droplets, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>YAHOO!, INC.,<br><br>  Defendant. | Case No. 12-cv-03733-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DROPLETS, INC.'S MOTION FOR LEAVE TO AMEND DR. SCHMIDT'S NORDSTROM EXPERT REPORT UNDER L.R. 6-3** |
| OATH, INC., et al.,<br><br>  Intervenor-Plaintiffs,<br><br>v.<br><br>DROPLETS, INC.,<br><br>  Intervenor-Defendant. | |
| DROPLETS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>  Defendant | |

Having considered Droplets' Motion For Leave To Amend Dr. Schmidt's Nordstrom Expert Report Under L.R. 6-3, and finding good cause to grant the motion, the motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____  By: _____
                                                                                         Honorable JON S. TIGAR
                                                                                         United States District Judge