# Exhibit F

| | |
|---|---|
| **From:** | Anderson, Kevin |
| **To:** | Jaime Cardenas-Navia; Jennifer Doan; Josh Thane; "Hector, Bill"; Niespolo, George D.; Goranin, Aleksander; Sangalli, Diana M.; Jameson, Woody; Gaudet, Matthew C.; DM_Verizon_Droplets |
| **Cc:** | RJ_Droplets_Yahoo |
| **Subject:** | RE: Droplets v. Yahoo - Joint Pretrial Statement |
| **Date:** | Thursday, August 5, 2021 4:40:18 PM |
| **Attachments:** | 2021-08-05 Yahoo Responses on 2021-07-27 Appendix L - Claim Constructions.DOCX |

**[EXTERNAL]**

Hi Jaime,

We had missed Appendix L.  Attached is a revised version with one line added in yellow.  We are still reviewing, but I wanted to send it now.

Thanks

Kevin

**From:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Wednesday, July 28, 2021 2:41 AM
**To:** Anderson, Kevin <KPAnderson@duanemorris.com>; Jennifer Doan <jdoan@haltomdoan.com>; Josh Thane <jthane@haltomdoan.com>; 'Hector, Bill' <WAHector@venable.com>; Niespolo, George D. <GDNiespolo@duanemorris.com>; Goranin, Aleksander <AGoranin@duanemorris.com>; Sangalli, Diana M. <DMSangalli@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; DM_Verizon_Droplets <DM_Verizon_Droplets@duanemorris.com>
**Cc:** RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
**Subject:** Droplets v. Yahoo - Joint Pretrial Statement

Counsel,

Attached is Droplets' updated draft of the Joint Pretrial Statement, a redline against Yahoo's previous draft, and supporting Appendices.

Droplets reserves all rights to modify the Joint Pretrial Statement, for example, following additional meet and confers, and as new information comes to light.

Best regards,
Jaime

Jaime F. Cardenas-Navia

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

750 Third Avenue, Suite 2400
New York, NY 10017

(646) 921-1474

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is*

*privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.