# Exhibit G

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO!, INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> **APPENDIX L** <br><br> **Claim Constructions** |
| OATH, INC., et al., <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> DROPLETS, INC., <br><br> Intervenor-Defendant. | |
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | |

**Claim Constructions**

| Claim Term | Construction |
|---|---|
| "interactive link"<br>"link" | computer code that (1) retrieves and presents applications and/or information stored at remote locations across the network when selected by an end user, and (2) includes facilities for restoring a particular user's previous operating states of the application as the application is re-presented at a user's computer. An interactive link cannot be a bookmark, cookie, shortcut, hyperlink or Internet address (URL) or use those elements to restore previous operating states |
| "previous operating state" (in construction of "interactive link") | must refer to a particular user's operating state and particularly to "modifications made to an application" by the user.<br><br>See ECF 792 at 10 ("Accordingly, the Court finds that 'previous operating state must refer to a particular user's operating state and particularly to 'modifications made to an application' by the user.") |
| "computer program code"<br>"program code" | "Computer Program Code" and "Program Code" have their plain meaning. However, a "web address" or "hyperlinks" cannot be "computer program code" or "program code" |
| "operating environment" | operating system, user interface, or hardware capabilities |
| Preamble to Claim 1: "In a network configured computer processing system having a plurality of client computers and a plurality of host computers, a method for delivering interactive links for presenting applications and information from remote sources on the network, the method comprising: . . ."<br><br>Preamble to Claim 17: "A network configured computer processing system, comprising: . . ." | Preambles are not limiting. |
| "presentation information for presenting an application"<br><br>"presentational information" | Plain meaning. No construction required. |
| "presenting applications" | presenting an interface enabling interaction with an application |

| **Claim Term** | **Construction** |
|---|---|
| "presenting the application"<br>"presenting said invoked application"<br>"presenting of the application" | |
| "presentation client program code"<br>"presentation client" | platform independent software, running on a client computer, that can present remotely stored applications and that can transmit user input to remotely stored applications |
| "computer program code segments embedded with informational content stored at a second of said plurality of server computers" | instructions for a computer to execute embedded within informational content |
| "application" | a software program that executes specific tasks for an end user |