# Exhibit H

# APPENDIX ***

**Claim Constructions**
*Droplets, Inc. vs. Nordstrom, Inc., et al.*
CASE NO. 4:12-CV-03733-JST

**Claim Constructions**

| CLAIM TERM | CONSTRUCTION |
|---|---|
| application | "a software program that executes specific tasks for an end user" (ECF No. 429) |
| computer program code<br><br>program code | "computer program code" and "program code" have their plain meaning. However, a "web address" or "hyperlinks" cannot be "computer program code" or "program code." (ECF No. 429) |
| computer program code segments embedded with informational content stored at a second of said plurality of server computers | "instructions for a computer to execute embedded within informational content" (ECF No. 429) |
| interactive link<br><br>link | computer code that (1) retrieves and presents applications and/or information stored at remote locations across the network when selected by an end user, and (2) includes facilities for restoring a particular user's previous operating states of the application as the application is re-presented at a user's computer. An interactive link cannot be a bookmark, cookie, shortcut, hyperlink or Internet address (URL) or use those elements to restore previous operating state. (ECF No. 749, ECF No. 801) |
| "previous operating state" | "must refer to a particular user's prior state and particularly to modifications made to an application by the user." (ECF 792, 10:20-21) |
| operating environment | "operating system, user interface, or hardware capabilities" (ECF No. 429) |
| Preambles of claims 1 and 17 | Not limiting. (ECF No. 429) |
| presentation information for presenting an application<br><br>presentational information | Plain meaning. (ECF No. 429) |
| presenting applications<br><br>presenting the application | "presenting an interface enabling interaction with an application" (ECF No. 429) |

| | |
|---|---|
| presenting said invoked application<br><br>presenting of the application | |
| presentation client program code<br><br>presentation client | "platform independent software, running on a client computer, that can present remotely stored applications and that can transmit user input to remotely stored applications" (ECF No. 429) |
| "re-establishing" [a connection] | "[the connection] is established based on a previous connection and restores the previous operating state" (ECF 792, 17:16-18) |
| "selectively re-establishing [a connection]" | "the user is given an option of reloading or not re-loading the state information" (ECF 792, n.10) |