# Exhibit J

| | |
|---|---|
| **From:** | Kleinman, Ben <BKleinman@kilpatricktownsend.com> |
| **Sent:** | Monday, October 18, 2021 10:48 PM |
| **To:** | RJ_Droplets_Nordstrom |
| **Cc:** | Droplets-Nordstrom |
| **Subject:** | Droplets/Nordstrom: Motions in Limine and Pre-Trial Statement Materials |
| **Attachments:** | Draft for 2021-10-18 Nordstrom Witness List w_Droplets Objections.DOCX; 2021-10-18 Nordstrom Response to Droplets Proposed MILs.DOCX; 2021-10-18 Appendix A - Droplets Witness List w_Nordstrom Objections.docx; 2021-10-18 JPS (Nordstrom Redline to Droplets Draft).DOCX; 2021-10-18 Appendix ___ - Supporting Law (Nordstrom).docx; 2021-10-18 Appendix ___ - Claim Constructions.docx |

**[EXTERNAL]**
Counsel,

Attached are
- Nordstrom's responses to Droplets' previously provided list of motions limine
- Nordstrom's redlines to Droplets' previously circulated draft of the joint pre-trial statement, with all redlines from that previous draft accepted.
- Nordstrom's response to Droplets' previously circulated witness list
- Nordstrom's witnesses list
- Nordstrom's redlines to Droplets' previously circulated appendix with legal authority
- A draft appendix directed to claim construction.

All are provided with the standard disclaimer that they are subject to revision during the course of the pre-trial process, etc.

Regards,
Ben



**Ben Kleinman**
He | His | Him
**Kilpatrick Townsend & Stockton LLP**
Two Embarcadero Center | Suite 1900 | San Francisco, CA  94111
office 415 273 7568 | cell 415 894 5518 | fax 415 723 7122
bkleinman@kilpatricktownsend.com | My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.