# Exhibit K

| | |
|---|---|
| **From:** | Kleinman, Ben <BKleinman@kilpatricktownsend.com> |
| **Sent:** | Tuesday, January 11, 2022 5:47 PM |
| **To:** | Michael Matulewicz-Crowley; Isbester, James; Jordan Jones; Ivory, Macaulay; Geyer, Kate |
| **Cc:** | RJ_Droplets_Nordstrom; Droplets-Nordstrom |
| **Subject:** | RE: Droplets: Amending Dr. Schmidt's expert reports |

**[EXTERNAL]**
Michael,
Nordstrom opposes.

Thanks,
Ben

**Ben Kleinman**
He | His | Him
**Kilpatrick Townsend & Stockton LLP**
Two Embarcadero Center | Suite 1900 | San Francisco, CA  94111
office 415 273 7568 | cell 415 894 5518 | fax 415 723 7122
bkleinman@kilpatricktownsend.com | My Profile | vCard

**From:** Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>
**Sent:** Monday, January 10, 2022 1:34 PM
**To:** Isbester, James <jisbester@kilpatricktownsend.com>; Jordan Jones <jtjones@jtrentjoneslaw.com>; Kleinman, Ben <BKleinman@kilpatricktownsend.com>; Ivory, Macaulay <MIvory@kilpatricktownsend.com>; Geyer, Kate <KGeyer@kilpatricktownsend.com>
**Cc:** RJ_Droplets_Nordstrom <RJ_Droplets_Nordstrom@reichmanjorgensen.com>; Droplets-Nordstrom <Droplets-Nordstrom@kilpatricktownsend.com>
**Subject:** Droplets: Amending Dr. Schmidt's expert reports

Counsel,

      We intend to seek leave to amend Dr. Schmidt's expert reports to address the Court's post-*Markman* claim constructions. Please let us know whether Nordstrom will oppose.

Best,
Michael
Michael Matulewicz-Crowley
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(332) 208-7170

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for*

1

*delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.