(COUNSEL LISTED ON SIGNATURE PAGE)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC., | Case No. 12-cv-03733-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTIONS TO STRIKE** |
| v. | |
| YAHOO!, INC., | |
| Defendant. | |
| OATH, INC., et al., | |
| Intervenor-Plaintiffs, | |
| v. | |
| DROPLETS, INC., | |
| Intervenor-Defendant. | |

Pursuant to the Court's instructions during trial on March 23, 2022, Plaintiff Droplets, Inc. ("Droplets") and Defendant Yahoo, Inc. ("Yahoo"), by and through their respective attorneys, respectfully submit the following joint stipulation and request that the Court enter the following deadlines for briefing the parties' respective motions to strike:

| Event | Deadline |
| --- | --- |
| Droplets files its motion to strike | March 23, 2022 |
| Yahoo files its response to Droplets' motion to strike | March 25, 2022 at 3:00 pm PT |
| Yahoo files its motion to strike | March 25, 2022 at 3:00 pm PT |
| Droplets files its response to Yahoo's motion to strike | March 26, 2022 at 10:00 pm PT |

Dated: March 23, 2022

*/s/ Kevin P. Anderson*

George P. Niespolo
(Bar No. 72107)
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
415.957.3000 (phone)
415.957.3001 (fax)
GDNiespolo@duanemorris.com

Kevin P. Anderson
(admitted *pro hac vice*)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington D.C. 20004-2166
202.776.7800 (phone)
202.776.7801 (fax)
KPAnderson@duanemorris.com

Aleksander Goranin
(admitted *pro hac vice*)
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196
215.979.1000 (phone)

*/s/Philip J. Eklem*

Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Shawna L. Ballard (CA Bar No. 155188)
sballard@reichmanjorgensen.com
Kate Falkenstien (CA Bar No. 313753)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Khue V. Hoang (CA Bar No. 205917)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (admitted *pro hac vice*)
mmatulewicz-crowley@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Facsimile: (650) 623-1449

Case No. 12-cv-03733-JST                    1            Joint Stipulation and [Proposed] Order
                                                          To Set Deadlines for Motions to Strike

| | |
|---|---|
| 215.979.1020 (fax) <br> Agoranin@duanemorris.com <br><br> Woody Jameson <br> Matt C. Gaudet <br> (admitted *pro hac vice*) <br> Duane Morris LLP <br> 1075 Peachtree Street NE, Suite 2000 <br> Atlanta GA 30309-3929 <br> 404.253.6900 (phone) <br> 404.253.6901 (fax) <br> Wjameson@duanemorris.com <br> MCGaudet@duanemorris.com <br><br> Jennifer H. Doan <br> (admitted *pro hac vice*) <br> Texas Bar No. 08809050 <br> Joshua R. Thane <br> (admitted *pro hac vice*) <br> Texas Bar No. 24060713 <br> HALTOM & DOAN <br> 6500 Summerhill Road, Suite 100 <br> Texarkana, TX 75503 <br> Telephone: (903) 255-1000 <br> Facsimile: (903) 255-0800 <br> Email: jdoan@haltomdoan.com <br> Email: jthane@haltomdoan.com <br><br> *Attorneys for Intervenor-Plaintiffs Oath Holdings Inc. and Oath, Inc. and Defendant Yahoo!, Inc.* | Christine Lehman (admitted *pro hac vice*) <br> clehman@reichmanjorgensen.com <br> David King (admitted *pro hac vice*) <br> dking@reichmanjorgensen.com <br> Aisha Mahmood Haley (admitted *pro hac vice*) <br> amhaley@reichmanjorgensen.com <br> Phil Eklem (admitted *pro hac vice*) <br> peklem@reichmanjorgensen.com <br> Reichman Jorgensen LLP <br> 1710 Rhode Island Avenue, NW, 12th floor <br> Washington, DC  20036 <br> Telephone: (202) 894-7310 <br> Facsimile: (650) 623-1449 <br><br> *Attorneys for Plaintiff and Intervenor-Defendant Droplets, Inc.* |

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 23, 2021            /s/  Philip J. Eklem
                                          Philip J. Eklem

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                             Hon. Jon S. Tigar
                                             United States District Judge