UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> YAHOO! INC., <br><br>        Defendant. | Case No. 12-cv-03733-JST <br><br> **ORDER DENYING MOTION TO STRIKE; DENYING REQUEST TO FILE SURREPLY** <br><br> Re: ECF No. 1112 |

Plaintiff Droplets, Inc.'s Rule 37(c) Motion to Exclude Undisclosed Evidence and Non-Infringement Theories, ECF No. 1112, is denied. The Court finds that the opinion in question was timely disclosed.

Droplets' request to file a surreply, as reflected in the attached email from counsel, is denied.[1]

**IT IS SO ORDERED.**

Dated: March 26, 2022

JON S. TIGAR
United States District Judge

---

[1] Counsel is reminded that any request for judicial relief must be made by motion and filed on the docket, not made by email. The Court did not deny the request for this reason, however.

Jon Tigar

| | |
|---|---|
| From: | Taylor Mauze <tmauze@reichmanjorgensen.com> |
| Sent: | Friday, March 25, 2022 7:48 PM |
| To: | JST CRD; Jon Tigar |
| Cc: | DM_Verizon_Droplets; Josh Thane; Jennifer Doan; Mike Thornberry; RJ_Droplets_Yahoo |
| Subject: | RE: Droplets, Inc. v. Yahoo!, Inc., Case No. 12-cv-03733-JST |

**CAUTION - EXTERNAL:**

Dear Judge Tigar,

Further to the below, I neglected to note that we conferred with Defendant before making this request, and Yahoo! opposes a short reply.

Best,
Taylor

Taylor Mauze | (650) 623-5078 | Reichman Jorgensen Lehman & Feldberg LLP

---

From: Taylor Mauze <tmauze@reichmanjorgensen.com>
Sent: Friday, March 25, 2022 7:38 PM
To: JST CRD <jstcrd@cand.uscourts.gov>; Jon Tigar <Jon_Tigar@cand.uscourts.gov>
Cc: DM_Verizon_Droplets <DM_Verizon_Droplets@duanemorris.com>; Josh Thane <jthane@haltomdoan.com>; Jennifer Doan <jdoan@haltomdoan.com>; Mike Thornberry <mthornberry@haltomdoan.com>; RJ_Droplets_Yahoo <RJ_Droplets_Yahoo@reichmanjorgensen.com>
Subject: Droplets, Inc. v. Yahoo!, Inc., Case No. 12-cv-03733-JST

Judge Tigar,

We received this afternoon Yahoo!'s response (ECF No. 1121) to Droplets' Motion to Strike (ECF No. 1112). Droplets respectfully requests the opportunity to submit a reply of no more than three pages this evening to address Yahoo!'s argument, to the extent it would be helpful for the Court. In addition, Yahoo!'s response notes where Droplets inadvertently cited the wrong deposition – Droplets' short reply would correct that as well.

Sincerely,
Taylor

Taylor Mauze | (650) 623-5078 | Reichman Jorgensen Lehman & Feldberg LLP

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.