## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 12-cv-03733-JST
Case Name: Droplets, Inc.v. Yahoo! Inc.

### MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Courtland Reichman<br>Christine Lehman<br>Taylor Mauze<br>Aisha Mahmood Haley<br>Michael Matulewicz-Crowley | Woody Jameson<br>Matt Gaudet<br>Jennifer Doan<br>Hieu Phan<br>Kevin Anderson |
| **TRIAL DATE:**<br>March 29, 2022<br>**TIME IN COURT:**<br>7 hours 50 minutes | **REPORTER:**<br>Raynee Mercado | **CLERK:**<br>Mauriona Lee |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court reconvened all parties and counsel are present. Matters discussed outside the presence of the jury.** | |
| | | 9:15 am | | | Jury deliberations resume. | |
| | | 3:30 pm | | | Court reconvened all parties and counsel are present. | |
| | | 3:34 pm | | | Jury present. | |
| | | 3:35 pm | | | Jury verdict read. | |
| | | 3:37 pm | | | Verdict end. | |
| | | 3:37 pm | | | The Court addresses the jury. | |
| | | 3:48 pm | | | Jury admonished and discharged. | |
| | | 3:50 pm | | | Matters discussed outside the presence of the jury. Further case management conference set for May 4, 2022 at 2:00 p.m. Case management statement due April 27, 2022. | |
| | | 3:50 pm | | | Court is adjourned. | |

1