UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DROPLETS, INC.,

    Plaintiff,

v.

YAHOO! INC.,

    Defendant.

Case No. 12-cv-03733-JST

**VERDICT FORM**

We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions posed to us as follows:

Question No. 1:

For each of the following Yahoo! products, has Droplets proven that it is more likely than not that Yahoo! infringed any of the following claims of the '745 patent?

*"Yes" is a finding for Droplets. "No" is a finding for Yahoo!.*

|   | Yahoo! Search Suggest | Yahoo! Search History | Yahoo! Mail | Yahoo! My Yahoo | Yahoo! Maps |
|---|---|---|---|---|---|
| Claim 1 | Yes | NO | NO | NO | NO |
| Claim 5 | NO | NO | NO | NO | NO |

If you answered "yes" to any part of Question 1, please answer Question 2. If you answered "no" to all of Question 1, please stop here, answer no further questions, and have the presiding juror sign and date this form.

Question No. 2:

What is the dollar amount Droplets has proven it is entitled to as a reasonable royalty for past infringement?

$ __15 million USD__

Please answer Question 3.

Question No. 3:

Has Droplets proven that it is more likely than not that Yahoo!'s infringement of the '745 patent was willful? "Yes" is a finding for Droplets. "No" is a finding for Yahoo!.

_____ Yes (Willful)          __X__ No (Not Willful)

Please have the presiding juror sign and date this form.

Dated: 3/29/2022          Signed: _[signature]_
                                   Presiding Juror

2