(COUNSEL LISTED ON SIGNATURE PAGE)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DROPLETS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO!, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-03733-JST<br><br>~~JOINT STIPULATION AND [PROPOSED]~~ ORDER TO RESET BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS |
| OATH, INC., et al.,<br><br>　　　　Intervenor-Plaintiffs,<br><br>　　v.<br><br>DROPLETS, INC.,<br><br>　　　　Intervenor-Defendant. | |

DM2\15833841.1

1    Plaintiff Droplets, Inc. ("Droplets") and Defendant Yahoo, Inc. ("Yahoo"), by and through
2    their respective attorneys, respectfully submit the following joint stipulation and request that the Court
3    reset the deadline for the parties' Post-Trial Motions and §101 Motion to June 6, 2022.
4    The parties had previously agreed, and the Court adopted, a schedule under which the parties'
5    Post-Trial Motions and §101 Motion would be filed on June 1, 2022.  *See* ECF 1152, ECF 1154, ECF
6    1156.
7    The parties have consulted and respectfully request that the Court enter this Stipulation and
8    Proposed Order resetting the deadline for the parties' Post-Trial Motions and §101 Motion to June 6,
9    2022; the deadline for all opposition briefs to July 1, 2022; and the deadline for all replies to July 15,
10   2022.

Dated: May 31, 2022

| /s/ Meghan C. Killian | /s/Aisha Mahmood Haley |
|---|---|
| George D. Niespolo<br>(CA Bar No. 72107)<br>Meghan C. Killian<br>(CA Bar No. 310195)<br>Duane Morris LLP<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105<br>415.957.3000 (phone)<br>415.957.3001 (fax)<br>GDNiespolo@duanemorris.com<br>MCKillian@duanemorris.com<br><br>Kevin P. Anderson<br>(admitted *pro hac vice*)<br>Duane Morris LLP<br>505 9th Street, N.W., Suite 1000<br>Washington D.C. 20004-2166<br>202.776.7800 (phone)<br>202.776.7801 (fax)<br>KPAnderson@duanemorris.com<br><br>Aleksander Goranin<br>(admitted *pro hac vice*)<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia PA 19103-4196<br>215.979.1000 (phone)<br>215.979.1020 (fax)<br>Agoranin@duanemorris.com | Courtland L. Reichman (CA Bar No. 268873)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (CA Bar No. 155188)<br>sballard@reichmanjorgensen.com<br>Kate Falkenstien (CA Bar No. 313753)<br>kfalkenstien@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449<br><br>Khue V. Hoang (CA Bar No. 205917)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (admitted *pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Michael Matulewicz-Crowley (admitted *pro hac vice*)<br>mmatulewicz-crowley@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Facsimile: (650) 623-1449<br><br>Christine Lehman (admitted *pro hac vice*)<br>  clehman@reichmanjorgensen.com<br>David King (admitted *pro hac vice*) |

Case No. 12-cv-03733-JST                     1           ~~Joint Stipulation and [Proposed]~~ Order
                                                         To Set Deadlines for Post-Trial Motions

DM2\15833841.1

|   |   |
|---|---|
| Woody Jameson<br>Matt C. Gaudet<br>(admitted *pro hac vice*)<br>Duane Morris LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta GA 30309-3929<br>404.253.6900 (phone)<br>404.253.6901 (fax)<br>Wjameson@duanemorris.com<br>MCGaudet@duanemorris.com | dking@reichmanjorgensen.com<br>Aisha Mahmood Haley (admitted *pro hac vice*)<br> amhaley@reichmanjorgensen.com<br>Phil Eklem (admitted *pro hac vice*)<br> peklem@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1710 Rhode Island Avenue, NW, 12th floor<br>Washington, DC  20036<br>Telephone: (202) 894-7310<br>Facsimile: (650) 623-1449 |
| Jennifer H. Doan<br>(admitted *pro hac vice*)<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>(admitted *pro hac vice*)<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com | *Attorneys for Plaintiff and Intervenor-Defendant Droplets, Inc.* |

*Attorneys for Intervenor-Plaintiffs Oath Holdings Inc. and Oath, Inc. and Defendant Yahoo!, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 31, 2022   /s/  Meghan C. Killian
   Meghan C. Killian

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: [signature]   June 2, 2022

   Hon. Jon S. Tigar
   United States District Judge

Case No. 12-cv-03733-JST   2   ~~Joint Stipulation and [Proposed]~~ Order To Set Deadlines for Post-Trial Motions

DM2\15833841.1