UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. 12-cv-03733-JST <br><br> **ORDER RE SUR-REPLY TO DEFENDANT'S MOTION FOR JMOL** <br><br> Re: ECF No. 1166 |

Before the Court is Yahoo!'s motion for judgment as a matter of law that its Search Suggest product does not infringe claim 1 of Droplets's '745 patent. ECF No. 1166. Yahoo!'s reply brief asserts that the '745 patent requires the "operating state" to be "re-presented at the user's computer," and thus Search Suggest cannot infringe because Droplets's theory of infringement is that Search Suggest's "operating state" resides in Yahoo!'s "backend" gossip servers. ECF No. 1195 at 5-6.

"Where the moving party presents new matters for the first time in a reply brief, the Court may either refuse to consider the new matters or allow the opposing party an opportunity to respond." *Beckett v. Brinx Res., Ltd.*, No. 3:13-CV-00342-LRH, 2013 WL 6058487, at *1 (D. Nev. Nov. 14, 2013) (citations omitted). In this case, the Court will choose the latter course. The Court directs Droplets to file a sur-reply brief addressing this argument. The brief may not exceed ten pages and is due September 12, 2022.

**IT IS SO ORDERED.**

Dated: August 29, 2022

JON S. TIGAR
United States District Judge